Nicole M. Goodwin, SBN 024593
Nicole.Goodwinn@gtlaw.com
Adrianna Griego Gorton, SBN 031836
GortonA@gtlaw.com
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Suite 800
Phoenix, AZ 85016
(602) 445-8000
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erik Arthur Otteson, Trustee and Authorized Representative of the VKNG Fleet Trust,<br><br>Plaintiff,<br><br>vs.<br><br>JPMorgan Chase Bank, N.A.,<br><br>Defendant. | Case No. 3:25-cv-08198-DWL<br><br>**CERTIFICATE OF GOOD FAITH CONSULTATION ON DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendant JPMorgan Chase Bank, N.A. ("Chase" or "Defendant"), through undersigned counsel, certifies under LRCiv. 7.1(h) that they engaged in a good faith telephone conference with counsel for Plaintiff Erik Arthur Otteson, Trustee and Authorized Representative of the VKNG Fleet Trust ("Otteson") on September 24, 2025, regarding the issues addressed in Chase's Motion to Dismiss Plaintiff's First Amended Complaint and the parties were unable to resolve those issues by agreement.

DATED this 24th day of September, 2025.

                                        GREENBERG TRAURIG, LLP

                                        By: */s/ Adrianna Griego Gorton*
                                            Nicole M. Goodwin
                                            Adrianna Griego Gorton
                                            *Attorneys for Defendant JPMorgan Chase Bank, N.A.*

ACTIVE 714918175v1