Nicole M. Goodwin, SBN 024593
Nicole.Goodwinn@gtlaw.com
Adrianna Griego Gorton, SBN 031836
GortonA@gtlaw.com
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Suite 800
Phoenix, AZ 85016
(602) 445-8000
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erik Arthur Otteson, Trustee and Authorized Representative of the VKNG Fleet Trust,<br><br>Plaintiff,<br><br>vs.<br><br>JPMorgan Chase Bank, N.A.,<br><br>Defendant. | Case No. 3:25-cv-08198-DWL<br><br>**DEFENDANT JPMORGAN CHASE BANK, N.A.'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant JPMorgan Chase Bank, N.A., in compliance with the provisions of: (check one)

  X    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

___    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

___    Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement

ACTIVE 714941961v1

identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

___  No such corporation.

_X_  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

*See* Attachment A.

___  Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

___  Other (please explain)

_X_  Diversity Case. (Attach additional pages if needed.)

| Party name and Party Role: | State: |
|---|---|
| Erik Arthur Otteson, Trustee and Authorized Representative of the VKNG Fleet Trust, Plaintiff | Arizona |
| JPMorgan Chase Bank, N.A. | Ohio |

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 24th day of September, 2025.

    GREENBERG TRAURIG, LLP

    By: */s/ Adrianna Griego Gorton*
        Nicole M. Goodwin
        Adrianna Griego Gorton
        *Attorneys for Defendant JPMorgan Chase Bank, N.A.*

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000

# **ATTACHMENT A**

Defendant JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation. JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.