Erik Arthur Otteson,
PO Box 4093
Cottonwood, AZ 86326
(928) 254-1037
vkngfleettrust@gmail.com

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 23 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ERIK ARTHUR OTTESON,<br>Trustee of the VKNG FLEET TRUST,<br>    Plaintiff<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br>    Defendant | Case No. CV-25-08198-PCT-DWL |

### NOTICE TO CLARIFY CAPTION AND REAL PARTY IN INTEREST

Plaintiff, Erik Arthur Otteson, appearing solely in his capacity as trustee of the Vkng Fleet Trust, respectfully files this Notice to Clarify Caption and Real Party in Interest. This Notice is filed concurrently with Plaintiff's Rule 15 Amended Complaint and is submitted to preserve the integrity of the record following Defendant's improper alteration of the case caption upon removal to federal court.

### I.   BACKGROUND

A. Defendant JPMorgan Chase Bank, N.A. filed a Notice of Removal under 28 U.S.C. § 1446, re-captioning the case as VKNG Fleet Trust v. JPMorgan Chase Bank NA—thereby omitting the named Plaintiff: ERIK ARTHUR OTTESON, trustee of the VKNG FLEET TRUST.

1   B. This alteration is procedurally and substantively defective, as it falsely implies that
2   the Vkng Fleet Trust is a juridical person or suable entity with standing to bring
3   suit. It is not.

4 **II.   GOVERNING LAW: RULE 17(a)(1)(E)**

5   A. Federal Rule of Civil Procedure 17(a)(1)(E) provides:

6 "An action must be prosecuted in the name of the real party in interest. The following
7 may sue in their own names without joining the person for whose benefit the action is
8 brought: … (E) a trustee of an express trust."

9   B. Plaintiff is acting precisely in that capacity.

10 **III.   CASE LAW SUPPORT**

11   A. The Supreme Court in Navarro Savings Ass'n v. Lee, 446 U.S. 458 (1980), held
12   that trustees who possess legal title to trust property and manage the litigation may
13   sue in their own names as real parties in interest.

14   B. Furthermore, in Americold Realty Trust v. ConAgra Foods, Inc., 577 U.S. 378
15   (2016), the Court reaffirmed that a trust itself is not a juridical entity unless state
16   law says otherwise—and that litigation involving trusts must be prosecuted or
17   defended by individuals with legal capacity, such as trustees.

18   C. These decisions reinforce the position that Erik Arthur Otteson, as trustee, is the
19   only proper party to appear on behalf of the Vkng Fleet Trust.

20 **IV.   CLARIFICATION**

21   A. Accordingly, the proper caption in this case is:

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

ERIK ARTHUR OTTESON,  )
Trustee of the VKNG FLEET TRUST,  )
             Plaintiff  )
  )
v.  )  Case No. CV-25-08198-PCT-DWL
  )
JPMORGAN CHASE BANK, N.A.,  )
             Defendant  )

B. This Notice is submitted in good faith to avoid confusion, correct the record, and preserve judicial efficiency.

**V. CONCLUSION**

Plaintiff respectfully requests that the Court recognize Erik Arthur Otteson, trustee of the Vkng Fleet Trust, as the real party in interest and plaintiff of record in this matter, and disregard the miscaptioning introduced by Defendant's Notice of Removal.

RESERVATION OF RIGHTS

Plaintiff expressly reserves all rights, remedies, and defenses, both legal and equitable, under the United States Constitution, the Arizona Constitution, the Uniform Commercial Code, applicable federal and state law, and the law of trusts. No part of this complaint shall be construed as a waiver of any right not specifically surrendered. Plaintiff further reserves the right to amend this pleading as justice requires under Rule 15, to pursue discovery under Rule 26, and to pursue sanctions and injunctive relief under Rule 37 and other applicable authority.

Dated this 23rd day of September, 2025

Respectfully,

1  ERIK ARTHUR OTTESON

2  

3  Trustee of the VKNG FLEET TRUST

4  PO Box 4093
5  Cottonwood, AZ 86326
6  (928) 254-1037
7  vkngfleettrust@gmail.com
8
9  **CERTIFICATE OF SERVICE**

10  I hereby certify that on this 23rd  day of September, 2025, a true and correct copy of the

11  foregoing NOTICE TO CLARIFY CAPTION AND REAL PARTY IN INTEREST was

12  served via Certified Mail, Return Receipt Requested, upon the following:

13  Nicole M. Goodwin
14  Greenberg Traurig, LLP
15  2375 E. Camelback Road, Suite 700
16  Phoenix, Arizona 85016
17  CERTIFIED MAIL 9589 0710 5270 2831 2566 60
18
19  ERIK ARTHUR OTTESON

20  

21  Trustee for the VKNG FLEET TRUST