```
1  Erik Arthur Otteson,
2  PO Box 4093
3  Cottonwood, AZ 86326
4  (928) 254-1037
5  vkngfleettrust@gmail.com
6
```

☑ FILED   ___ LODGED
___ RECEIVED   ___ COPY

SEP 2 3 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ERIK ARTHUR OTTESON, Trustee of the VKNG FLEET TRUST,<br>　　　Plaintiff<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br>　　　Defendant | Case No. CV-25-08198-PCT-DWL |

## RULE 7.1 DISCLOSURE STATEMENT

Plaintiff hereby submits this Disclosure Statement pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure and Local Rule 7.1.

A. Plaintiff states as follows:

1. The Plaintiff in this matter is Erik Arthur Otteson, appearing solely in the capacity of trustee of a private express trust known as the Vkng Fleet Trust, originally filed in state court as such.

2. Upon removal, Defendant improperly captioned the case by naming the Vkng Fleet Trust as the party in interest, contrary to the requirement under Fed. R. Civ. P. 17(a)(1)(E) that the trustee is the real party in interest for purposes of litigation.

3. The trust is not a corporation, nor a juridical entity that would trigger corporate disclosure obligations under Rule 7.1(a)(1).

4. The trust has no parent corporation, no publicly held corporation owns 10% or more of any interest in it, and there is no corporate ownership or control relevant to this disclosure.

5. This statement is made to clarify the record and satisfy the procedural requirements of Rule 7.1(a)(1) and does not constitute acquiescence to the erroneous caption or jurisdictional presumptions made in the Defendant's removal notice.

RESERVATION OF RIGHTS

Plaintiff expressly reserves all rights, remedies, and defenses, both legal and equitable, under the United States Constitution, the Arizona Constitution, the Uniform Commercial Code, applicable federal and state law, and the law of trusts. No part of this complaint shall be construed as a waiver of any right not specifically surrendered. Plaintiff further reserves the right to amend this pleading as justice requires under Rule 15, to pursue discovery under Rule 26, and to pursue sanctions and injunctive relief under Rule 37 and other applicable authority.

Dated this 23rd day of September, 2025

Respectfully,

ERIK ARTHUR OTTESON

*/s/ Erik Arthur Otteson*

Trustee of the VKNG FLEET TRUST

PO Box 4093
Cottonwood, AZ 86326
(928) 254-1037
vkngfleettrust@gmail.com

1  **CERTIFICATE OF SERVICE**

2  I hereby certify that on this 23rd day of September, 2025, a true and correct copy of the

3  foregoing RULE 7.1 DISCLOSURE STATEMENT was served via Certified Mail, Return

4  Receipt Requested, upon the following:

5  Nicole M. Goodwin
6  Greenberg Traurig, LLP
7  2375 E. Camelback Road, Suite 700
8  Phoenix, Arizona 85016
9  CERTIFIED MAIL 9589 0710 5270 2831 2566 60
10
11  ERIK ARTHUR OTTESON

12  */s/ Erik Arthur Otteson*

13  Trustee for the VKNG FLEET TRUST