1  Erik Arthur Otteson,
2  PO Box 4093
3  Cottonwood, AZ 86326
4  (928) 254-1037
5  vkngfleettrust@gmail.com
6

7  **UNITED STATES DISTRICT COURT**
8  **FOR THE DISTRICT OF ARIZONA**
9

ERIK ARTHUR OTTESON,  )
Trustee of the VKNG FLEET TRUST,  )
               Plaintiff  )
                         )
v.  )  Case No. CV-25-08198-PCT-DWL
                         )
JPMORGAN CHASE BANK, N.A.,  )
               Defendant  )

10  **NOTICE OF INCORPORATION OF STATE-COURT EXHIBITS**

11  Plaintiff, Erik Arthur Otteson, appearing solely in his capacity as trustee of the Vkng

12  Fleet Trust, gives notice under Fed. R. Civ. P. 10(c) that the exhibits previously filed in

13  the state-court action before removal are incorporated by reference into the operative

14  Amended Complaint (Case No. CV-25-08198-PCT-DWL; Exhibit A, file-stamped first

15  page) (ECF No.____) in this case.

16  **I.**       EXHIBIT SET

17  A. The incorporated materials consist of Exhibits A through J from the state-court

18      record, together with Exhibit X (the state-court order denying Plaintiff's motion

19      for reconsideration, included solely to preserve procedural history). True and

20      correct copies are filed/lodged with this Notice in the same lettering used in state

21      court.

22  **II.**      PURPOSE AND EFFECT

1    A. This Notice adds no new claims and withdraws none. It preserves the evidentiary

2        and procedural record created prior to removal so the exhibits are part of the

3        pleadings "for all purposes" under Rule 10(c). Plaintiff will cite the exhibits by

4        letter in future filings.

5    **III.**        SERVICE

6    A. Until ECF registration is granted, service is made by Certified U.S. Mail, Return

7        Receipt Requested (with courtesy email, if available).

8    Dated this 24th day of September, 2025

9    Respectfully,

10   ERIK ARTHUR OTTESON

11   *Erik Arthur Otteson*

12   Trustee of the VKNG FLEET TRUST

13   PO Box 4093
14   Cottonwood, AZ 86326
15   (928) 254-1037
16   vkngfleettrust@gmail.com
17
18   **CERTIFICATE OF SERVICE**

19   I hereby certify that on this 24th day of September, 2025, a true and correct copy of the

20   foregoing NOTICE OF INCORPORATION OF STATE-COURT EXHIBITS was served

21   via Certified Mail, Return Receipt Requested, upon the following:

22   Nicole M. Goodwin
23   Greenberg Traurig, LLP
24   2375 E. Camelback Road, Suite 700
25   Phoenix, Arizona 85016
26   CERTIFIED MAIL 9589 0710 5270 2831 2565 47

1

2    ERIK ARTHUR OTTESON

3    *Erik Arthur Otteson*

4    Trustee for the VKNG FLEET TRUST

**EXHIBIT A -** Amended Complaint (Case No. CV-25-08198-PCT-DWL; Exhibit A, file-stamped first page) (ECF No.____)

1   Erik Arthur Otteson,
2   PO Box 4093
3   Cottonwood, AZ 86326
4   (928) 254-1037
5   vkngfleettrust@gmail.com

✓FILED      ___ LODGED
___ RECEIVED      ✓ COPY

SEP 2 3 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ____ _ᵏⁱⁿ____ DEPUTY

6
7              **UNITED STATES DISTRICT COURT**
8              **FOR THE DISTRICT OF ARIZONA**
9

ERIK ARTHUR OTTESON,                          )
Trustee of the VKNG FLEET TRUST,              )
                          Plaintiff           )
                                              )
v.                                            )   Case No. CV-25-08198-PCT-DWL
                                              )
JPMORGAN CHASE BANK, N.A.,                     )
                          Defendant           )

10                 **AMMENDED COMPLAINT**

11   **I.      INTRODUCTION**

12   Plaintiff brings this action to redress the unlawful denial of banking access following the

13   lawful presentment of Certification of Trust. Despite written notice and clear authority,

14   Defendant obstructed account access, refused fiduciary recognition, and failed to cure.

15   This action arises from intentional interference with rights secured under federal law.

16   Plaintiff seeks appropriate judicial remedy as the Court deems just and proper.

17   **II.     JURISDICTION AND VENUE**

18        A. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331, as this

19           action arises under the Constitution and laws of the United States, including rights

20           secured by the Fifth and Thirteenth Amendments. The conduct giving rise to the

21           claim involves federal questions of liberty and due process.

# EXHIBIT INDEX

**Exhibit A** – Certification of Trust (Signed and Accepted 05/14/2025). Original exhibits retained by Plaintiff; color copies will be produced upon request or at hearing

**Exhibit B** – Chase "Action Needed Regarding Signature" Letter (05/27/2025)

**Exhibit C** – First Notice to Chase – Signature Clarification (06/03/2025). Original exhibits retained by Plaintiff; color copies will be produced upon request or at hearing

**Exhibit D** – Second Notice to Christian Zamora – Signature Policy Challenge (06/04/2025). Original exhibits retained by Plaintiff; color copies will be produced upon request or at hearing

**Exhibit E** – Internal Chase Communication – Zamora/San Agustin Rejection Memo with handwritten case number (06/09/2025)

**Exhibit F** – Personal email correspondence with Christian Zamora (06/09/202

**Exhibit G** – Chase Debit Card, Voided Check, and Account Confirmation. Original exhibits retained by Plaintiff; color copies will be produced upon request or at hearing

**Exhibit H** – Notice of Legal Dispute and Demand to Cure – Certified to Legal Dept (06/10/2025). Original exhibits retained by Plaintiff; color copies will be produced upon request or at hearing

**Exhibit I** – Written Admission Relevant to Intent and Conduct (07/31/2025)

**Exhibit J** – 21 Bravo Mold Report (07/26/2025)

**Exhibit X** –Yavapai County Superior Court Minute Entry (denying preliminary injunction; citing Ariz. Sup. Ct. R. 31.2), Case No. [S1300CV202580331], dated [09/17/2025]

1   CERTIFICATION

2   I certify that all exhibits listed herein are true and correct copies of the documents they

3   purport to be.

4   ERIK ARTHUR OTTESON

5   *Erik Arthur Otteson*

6   Trustee of the VKNG FLEET TRUST

**Exhibit A** – Certification of Trust (Signed and Accepted 05/14/2025)



# CHASE ⬡
## CERTIFICATION OF TRUST

The undersigned represent to JPMorgan Chase Bank, N.A. ("Bank") that we are the Trustee(s) ("Trustee[s]") under a Trust Agreement titled ___*Vkng Fleet Trust*___ ("Trust") Trust, which currently
<span style="font-size:smaller">Title of Trust</span>
exists and was duly signed by the Settlor(s) of the Trust. The Trust has not been revoked, modified, or amended in any manner that would cause the representations contained in this Certification of Trust ("Certification") to be incorrect and the signatures below are those of all the currently acting Trustees. **Trustee(s) shall complete this Certification, which will be relied upon by the Bank to open, close, or maintain deposit account(s) in the Trust.**

## TRUST INFORMATION

❖ The Trust was originally executed on _4/21/25_ and is governed under the laws of ___AZ___.
   <span style="font-size:smaller">Date                    State</span>

❖ The Trust's taxpayer identification number is (select one) ☐ SSN or ☑ EIN _37-6804359_
   <span style="font-size:smaller">SSN or EIN</span>

❖ The Trust is (select one) ☐ Revocable or ☑ Irrevocable

   ➢ If revocable list name of person(s) with power to revoke: _____.
     <span style="font-size:smaller">Name of person(s) with the power to revoke</span>

   ➢ If the Trust was created under Will, indicate: (a) Date of Will _____, (b) Date Will admitted to
     <span style="font-size:smaller">Date will executed</span>

   Probate _____, and (c) County _____, State of Probate _____.
   <span style="font-size:smaller">Date will admitted to Probate               County                                State</span>

❖ The Trust (select one) ☑ may be amended or ☐ may **not** be amended

   ➢ If the Trust may be amended, list name of person(s) with power to amend: _Otteson, Erik Arthur._
     <span style="font-size:smaller">Name of person(s) with the power to amend</span>

   ➢ If previously amended, list effective date(s) of amendment(s): _____.
     <span style="font-size:smaller">Date(s) of effective amendment(s)</span>

❖ The administration of the Trust (select one) ☐ is subject to court supervision or ☑ is **not** subject to court supervision.

   ➢ If subject to court supervision, Trustee must attach court orders indicating restrictions on the Trustee's ability to act.

❖ Manner of Taking Title to Trust Property: _Otteson, Erik Arthur_, Trustees of the
   <span style="font-size:smaller">Name of Trustee(s)</span>
   ___Vkng Fleet Trust___, dated _4/21/25_.
   <span style="font-size:smaller">Title of Trust                                         Date trust executed</span>

❖ The name(s) and address(es) of the Grantor(s)/Trustor(s)/Settlor(s):

   1. Name: _Otteson, Erik Arthur_ Address: _PO Box 4093 Cottonwood, AZ 86326_

   2. Name: _____ Address: _____

   3. Name: _____ Address: _____

   4. Name: _____ Address: _____

## TRUSTEE(S) AND TRUSTEE POWERS
The name(s) and address(es) of all the **currently acting** Trustee(s):

   1. Name: _Otteson, Erik Arthur_ Address: _PO Box 4093 Cottonwood, AZ 86326_

   2. Name: _____ Address: _____

   3. Name: _____ Address: _____

   4. Name: _____ Address: _____

The Successor Trustee(s) is (leave blank if none):

   1. First Successor Trustee(s): _____

   2. Second Successor Trustee(s): _____

If any Trustee dies, resigns, or otherwise is unable to act as a Trustee, it is the obligation of another Trustee or Successor Trustee to notify Bank, to safeguard the account and account-related items and documents, to receive and review monthly account statements and notify Bank of errors, and to provide the Bank with new documentation authorizing Bank to act on the order or instruction of any newly designated Trustee. Unless otherwise indicated to Bank in writing, conditions for succession of a Trustee shall be death, incapacity, unwillingness to serve, or resignation of the trustee serving before them.

M1204-04 (08/24)



<u>Trustee Authority</u>. Each Trustee is authorized, individually, to open, close, and maintain, in the name of Trust, any type of deposit account(s) ("Account") generally offered by Bank for trusts, subject to Bank's deposit account agreement, as it may be amended. Trustees are authorized to deposit funds, from whatever source, to any Account and, individually, to withdraw or transfer funds, from any Account, by check or other order of instruction for the withdrawal or transfer of funds, payable to or for the benefit of any third party or any Trustee, in any capacity, personal or otherwise, to withdraw funds in cash or cash equivalents, or to perform any other transaction or maintenance related to the account. No transaction requires the consent or action of any person other than the undersigned. The Bank has no fiduciary duties or responsibilities to the Trust to monitor the disposition of funds to or from any Account.

<u>Delegation of Authority</u>. Select all that apply:

☑ The Trust expressly permits an Attorney-In-Fact designated under a **Power of Attorney** to act on the Trustee's behalf in a fiduciary capacity.
☑ The Trust expressly permits Trustee(s) to designate, by means of a signature card, one or more **authorized signer** on the Accounts who are not Trustees. Trustee(s) expressly represent that this delegation of authority is for the ministerial act of executing instruments payable by, providing instructions to, or making deposits in Bank with respect to the Trust assets in an Account, which actions have been authorized by all or a majority of the Trustees, or otherwise, in accordance with the trust instrument. The Bank is entitled to rely on this representation in conducting any business relating to any Account.

<u>Trustee Authority for Multiple Trustees</u>. *If more than one Trustee*, select one:

❑ The Trust allows Trustees to act **independently** (with the signature of any one Trustee) or with **majority action** (the signatures of the majority of the Trustees)
❑ The Trust requires Trustees to act **unanimously** (with the signatures of all Trustees)

Trustees certify to Bank that **(a) each trustee is acting with the consent required by all other trustees, (b) each trustee shall exercise trustee powers within the limits set forth under the trust instrument and applicable law, and (c) this Certification acts as a direction from all trustees that Bank may act in response to the request of any one trustee.** When more than one Trustee is acting, all communications from Bank to any one Trustee shall be deemed communicated to all Trustees then acting. In its sole discretion, Bank may require the written consent of all or any Trustees prior to acting upon the instructions of any Trustees.

## ADDITIONAL PROVISIONS

<u>Certification.</u> This Certification, effective upon execution, is provided to Bank by the Trustee(s) of the trust identified above, instead of and in place of any one or more pages of (a) the original trust instrument, (b) any amendment to the original trust instrument, and (c) any restatement of the original trust agreement. If requested by Bank, Trustee(s) shall provide Bank with a copy of any excerpts of the Trust which Bank reasonably requests. This Certification conforms to the terms of the Trust and accurately represents the authority of the Trustee(s) to act on behalf of the Trust. Trustees shall notify Bank in writing of any amendment to the Trust, any change in the Trustees, or any other event that may alter the representations and/or certifications in this Certification. Bank may rely on this Certification until it receives written notice of any amendment or termination of the Trust certified by another Trustee or Successor Trustee. Bank shall have reasonable time to act upon such certified notice of amendment or termination.

<u>Indemnification.</u> Trustees, on behalf of themselves individually and the Trust, release Bank and it's affiliates from any and all claims and liabilities, covenant not to bring suit, and agree to indemnify and hold Bank, its directors, officers, agents, and employees harmless from and against any and all claims, losses, judgments, suits, and expenses (including reasonable attorneys' fees) and liabilities which it may suffer or incur by acting and relying upon this Certification.

<u>No Advice.</u> Trustees have not relied upon any representations or advice by Bank, its agents, employees, representatives, or affiliates regarding the legal, tax, accounting, or estate planning effects of this Certification.

<u>Knowledge.</u> Bank may act in reliance upon this Certification and has no duty to confirm that the representations contained herein are correct. Neither actual nor constructive knowledge of the terms of the trust instrument to the bank shall be inferred solely from the fact that Bank at any time is, or was, in possession of any part or all of the trust instrument. Bank shall have no responsibility for, and shall bear no liability in connection with, determining (or failing to determine) whether any transaction contemplated in or by this Certification is a reasonable or prudent exercise of a Trustee's powers under the terms of the trust instrument, applicable law, this Certification, or otherwise.

<u>Counterparts.</u> This Certification may be executed in any number of counterparts, each of which when executed and delivered shall constitute a duplicate original, but all counterparts together shall constitute a single Certification.

<u>Severability.</u> If any one or more provisions of this Certification shall be (1) held or made invalid or unenforceable by a court decision, statute or rule, (2) held to be in conflict with any applicable law, or (3) held or rendered to be otherwise invalid, the validity and enforceability of all other provisions of this Certification, including without limitation the Indemnification provision shall, not be affected thereby.

M1204-04  (03/25)



**SIGNATURES**

The undersigned swear or affirm under penalty of perjury that the foregoing is true and correct

**Signer 1:** *Without prejudice*

Signature *Erik Arthur Otteson*

Printed Name: *Erik Arthur Otteson*

Date: *5/14/25*

Relationship to Trust (Select One):☐ Settlor ☑ Settlor and Trustee ☐ Trustee ☐ Attorney for Trustee (Iowa, Michigan, and Washington trusts only)

**Signer 2:**

Signature _____

Printed Name: _____

Date: _____

Relationship to Trust (Select One): ☐ Settlor ☐Settlor and Trustee ☐Trustee ☐ Attorney for Trustee (Iowa, Michigan, and Washington trusts only)

**Signer 3:**

Signature _____

Printed Name: _____

Date: _____

Relationship to Trust (Select One): ☐ Settlor ☐ Settlor and Trustee ☐ Trustee ☐ Attorney for Trustee (Iowa, Michigan, and Washington trusts only)

**Signer 4:**

Signature _____

Printed Name: _____

Date: _____

Relationship to Trust (Select One): ☐ Settlor ☐ Settlor and Trustee ☐ Trustee ☐ Attorney for Trustee (Iowa, Michigan, and Washington trusts only)

Attach a notary acknowledgment of the signatures of all trustees for trusts established under the laws of **California, Delaware, Idaho, Kansas, Louisiana, Michigan, Mississippi, Nebraska, Nevada, New York, Oklahoma, Rhode Island, Tennessee.**

Attach a notary jurat of the signatures of all trustees for trusts established under the laws of **Colorado, Iowa, Minnesota, South Dakota, Vermont.**

M1204-04  (03/25)





**Exhibit B** – Chase "Action Needed Regarding Signature" Letter (05/27/2025)

**CHASE** ⬡

Chase Customer Service
PO Box 659970
San Antonio, TX 78265-9672

**Questions?**

🖵 chase.com
📞 1-800-935-9935
We accept operator relay calls



ᏆᏆᏆᏆᏆᏆᏆᏆᏆᏆᏆᏆᏆᏆᏆᏆᏆ

00222 QST 000 040 14825 NNNNNNNNNNN KYCCustLtr01
**VKNG FLEET TRUST**
RFD 798 CALLE TOMALLO
CLARKDALE AZ 86324

May 27, 2025

## Action Needed:  **Please act now to avoid disruption on your account(s)**

Dear VKNG FLEET TRUST:

Thank you for banking with Chase and giving us the opportunity to service your account(s).

Banking regulations require that we collect specific information from our clients. We'll need you to provide this information by 06/06/2025, to avoid any disruption to your account(s).

**Please visit your local branch to sign updated documentation.**

**Next steps:**
- You can use the Chase Mobile® app or chase.com to find open branches and updated hours, or to schedule a meeting.
- If we don't receive the information we need by 06/06/2025, we will restrict your account(s).
- If we still haven't received this information by 06/23/2025, we may be required to close your account(s). If your account(s) is closed, we will mail you a check for the balance within 10 business days.

Thank you for your prompt attention to this matter. If you have questions or believe you've received this in error, please call us at 1-877-382-8854.

Sincerely,

Customer Service

Si usted no sabe leer en inglés, por favor llame al 1-877-312-4273 para hablar con un representante en español.

**Exhibit C** – First Notice to Chase – Signature Clarification (06/03/2025)

# Vkng Fleet Trust

PO Box 4093
Cottonwood, AZ 86326
Date: 06/03/2025
To Whom It May Concern,
Thank you again for approving and opening the trust account for Vkng Fleet Trust. I've been informed that there was an objection to my signature due to the inclusion of the phrase "without prejudice."

For the record, this language was included pursuant to UCC §1-308, which authorizes any party to explicitly reserve their rights while performing or assenting to performance as demanded by the other party. This provision ensures that the party reserving rights does not waive them by virtue of participation or signature. The relevant statutory text provides:

UCC §1-308 – Performance or Acceptance Under Reservation of Rights
(a) A party that with explicit reservation of rights performs, or assents to performance, in a manner demanded or offered by the other party does not thereby prejudice the rights reserved.
(b) Phrases such as "without prejudice," "under protest," or similar are sufficient.

This reservation has no effect on the substance of the agreement and does not limit Chase Bank's rights, remedies, or recourse. It is simply a lawful declaration of continued rights under contract law and commercial code.

For reference, this provision is codified in both relevant jurisdictions:
- Arizona Revised Statutes Title 47 §1-308 (trust domicile)
- Delaware Code Title 6 §1-308 (state of Chase Bank's incorporation)

As the acting trustee, I executed the necessary documents and performed in accordance with the trust account agreement. Chase's approval and full performance—by opening the accounts—constitutes ratification of the contract, including the signature as submitted. Therefore, no amendment is necessary, and the reservation remains valid and lawful as part of the executed record.

This clarification is provided for the record only. I look forward to continued smooth operation of the trust account and appreciate your professionalism and attention to detail.

Respectfully,


By: *Erik Arthur Otteson*
Erik Arthur Otteson, Trustee
For: Vkng Fleet Trust

**Exhibit D** – Second Notice to Christian Zamora – Signature Policy Challenge (06/04/2025)

## Request for Written Confirmation and Record of Signature Objection

Erik Arthur Otteson
Trustee, Vkng Fleet Trust
PO Box 4093
Cottonwood, AZ 86326

Date: 04/06/2025
To: Christian Zamora
Subject: Request for Written Confirmation and Record of Signature Objection
Hi Christian Zamora,

Thanks for assisting with the trust account. I've been informed — via your outreach to another department — that there is an objection to my trustee signature due to the phrase "without prejudice." As you know, this phrase is a lawful reservation of rights under UCC §1-308, and the trust account has already been approved and opened.

Out of respect for the process and to clarify the record, I would appreciate it if you could obtain a written explanation from the department that made this determination. Specifically:

1. The name of the department and decision-maker,
2. The written policy or legal basis used to justify the rejection,
3. Confirmation of whether this policy applies to trustee signatures under UCC §1-308,
4. Whether Chase Bank intends to reject or close the account on this basis

I would like to resolve this promptly and in good faith, but I cannot proceed based solely on hearsay or unofficial phone representations. This is a matter of legal record for trust administration, and it must be treated accordingly.

Let me know how soon we can get this documented.

Respectfully,

*Erik Arthur Otteson*
Erik Arthur Otteson
Trustee, Vkng Fleet Trust

**Exhibit E** – Internal Chase Communication – Zamora/San Agustin Rejection Memo with handwritten

case number (06/09/2025)

**Zamora, Christian (CCB, USA)**    Complaint: ECW250605-06896

| | |
|---|---|
| **From:** | San Agustin, Patriciatracyjude (CCB, PHL) |
| **Sent:** | Monday, June 09, 2025 1:31 PM |
| **To:** | Zamora, Christian (CCB, USA) |
| **Subject:** | VKNG FLEET TRUST 1003436581 |

Customer want info sent in writing regarding signature "without prejudice" not accepted

Is "without prejudice" acceptable on signature for bank documents?

No, "without prejudice" should not be included in the signature line of a legal
bank document. The term "without prejudice" applies to communications
made during settlement negotiations, and its use on a signature line would not
be appropriate.

**Explanation:**

**"Without Prejudice" Privilege:**

The phrase "without prejudice" is used to indicate that a communication is made in a
genuine attempt to settle a dispute. This privilege protects the communication from
being used as evidence in court if the dispute is not resolved.

**Applicability:**

This privilege applies to communications, not to the actual terms of a legal
agreement. The signature line on a bank document represents the final agreement, not
a settlement negotiation.

**Misuse of the Term:**

Using "without prejudice" on a signature line would be a misapplication of the term
and could be misinterpreted. It would suggest that the agreement itself is subject to
later settlement, which is not the case.

**Example:**

If a bank and customer are in a dispute over a loan, "without prejudice" might be used
in letters or emails exchanged during negotiation. However, once a final agreement is
reached, the document signed by both parties should not include this term.

Patricia Tracy Jude D. San Agustin | Fraud Specialist IV | FCPS Philippines |JPMorgan Chase & Co. 38th Street corner 9th Avenue, Uptown
Bonifacio, Taguig, Floor 11 ❖ Office: 877-691-8086 ❖ Cell: 922-440-9092 | patriciatracyjude.sanagustin@chase.com

**Exhibit F** – Personal email correspondence with Christian Zamora (06/09/2025)

8/14/25, 5:41 PM                                    Gmail - Automatic reply: [EXTERNAL]Signature issue

 **Gmail**                                          Erik Otteson <erikotteson@gmail.com>

---

## Automatic reply: [EXTERNAL]Signature issue
4 messages

---

**Zamora, Christian** <christian.zamora@chase.com>                    Fri, May 30, 2025 at 12:10 PM
To: Erik Otteson <erikotteson@gmail.com>


Hello, I will be out of the office until 04/15. If you need anything please reach out to my branch manager. Contact info can be located at bottom of email. Thank you

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

---

**Erik Otteson** <erikotteson@gmail.com>                              Wed, Jun 4, 2025 at 10:56 AM
To: "Zamora, Christian" <christian.zamora@chase.com>

Christian,

Here is the original document I brought in and the second document that I'd like to submit.

Thank,

Erik Otteson
[Quoted text hidden]

---

**2 attachments**


**Scan 1.jpeg**
97K


**Scan.jpeg**
118K

---

**Zamora, Christian** <christian.zamora@chase.com>                    Wed, Jun 4, 2025 at 3:30 PM

To: Erik Otteson <erikotteson@gmail.com>


1-877-382-8854


Above is the number to the KYC department.


**Christian Zamora** | Chase | Relationship Banker | NMLS ID 2272439 | 402 Finnie Flat Rd. Camp Verde, AZ 86332 | christian.zamora@chase.com | T: 928-567-7675

My job is to help you with all your financial needs through our team of experts – Banking, Credit Cards, Business Banking, Home Lending, Auto and Investing by J.P. Morgan. Schedule time with me to learn how my team can help | Schedule a meeting

**Joe Scarpace** | Branch Manager | joe.scarpace@chase.com | T: 928-567-4111

If you have any questions, you can visit us on our Chase Mobile® app, on chase.com or contact me directly. Chase Mobile® app is available for select mobile devices. Enroll in Chase Online$^{SM}$ or on the Chase Mobile® app. Message and data rates may apply.

[Quoted text hidden]
[Quoted text hidden]

---

**Erik Otteson** <erikotteson@gmail.com>                              Mon, Jun 9, 2025 at 1:44 PM
To: "Zamora, Christian" <christian.zamora@chase.com>


Christian,

I just got off the phone with a woman named Tracy. She wouldn't provide me with any sort of identification to track the call or give me any sort of email documentation of the policy, but she did say that she emailed the policy to, and that you would be able to print it or forward it to me to review. Please email it to me as now the account will be closed on 05/23/2025. Also, if there is any chance of getting this internal case number for my records that would be great. Did you have any response to the escalation case? It seems like I started from square one.

[Quoted text hidden]

**Exhibit G** – Chase Debit Card, Voided Check, and Account Confirmation

# CHASE ◢◣

## Thank you for choosing Chase.

If you need to order checks, please visit Chase.com

Para hablar con un especialista de servicio de atención al cliente en español, por favor llame al 877-312-4273.



**CHASE ◢◣**                                                    9990
                                                91-2
                                                1221  85

                                         DATE _____

PAY TO THE
ORDER OF    *VOID*                                    $ _____

                                         DOLLARS 🔒

**CHASE ◢◣**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO _____                                    MP

⑆122⑈000⑉24⑈    ⑈95⑈785⑉2⑈⑈9990

Debit Card
# 7484

ERIK A OTTESON
4347 6959 4103 7484
GOOD THRU 06/30   CVV 521
chase.com | 1-877-388-5726 | Int'l. 1-405-272-9935
THIS CARD IS THE PROPERTY OF JPMORGAN CHASE BANK, N.A.

Questions? Visit chase.com/bankinghelp

3014426    000068

Routing Number

Your Account Number

Please keep this ID card in a safe pl
It contains your account numbe

**CHASE ◢◣**
JPMorgan Chase Bank, N.A.
www.Chase.com

**Exhibit H** – Notice of Legal Dispute and Demand to Cure – Certified to Legal Dept (06/10/2025)

## NOTICE OF LEGAL DISPUTE – DEMAND TO CURE POLICY-BASED DENIAL OF ACCOUNT ACCESS

Vkng Fleet Trust
PO Box 4093
Cottonwood, AZ 86326

Date: 06/10/2025

To:
Legal Department
JPMorgan Chase & Co.
700 Kansas Lane
Monroe, LA 71203
Re: Unlawful Denial of Trust Account Access – Vkng Fleet Trust

To the JPMorgan Chase Legal Department,

This notice concerns the unlawful administrative obstruction of the Vkng Fleet Trust's ability to lawfully access and fund its approved account, opened with JPMorgan Chase and now scheduled for closure by June 23, 2025. Despite approval of the trust account and delivery of all required documentation, Chase has refused to proceed with activation and use of the account on the basis of a disputed internal policy.

The Certification of Trust was properly executed by the Trustee, with a wet ink signature that included the phrase "without prejudice," which is expressly protected under UCC §1-308 and its codified counterparts in Arizona Revised Statutes §47-1308 and Delaware Code 6 Del. C. §1-308. This language lawfully preserves the signatory's rights and does not, under any recognized commercial authority, void or compromise the contract.

Chase personnel have cited an unnamed internal policy as grounds for rejecting this signature, and have failed to produce that policy in writing despite repeated requests. The account remains unfunded as a result of Chase's refusal to accept performance already approved through the trust onboarding process. This constitutes an anticipatory breach of contract, denial of access to lawful commercial instruments, and violation of the duty of good faith required under UCC §1-304.

You are hereby given five (5) business days to respond in writing and provide the following:
1. The specific statute or regulation prohibiting the inclusion of "without prejudice" in a signature on a Certification of Trust;
2. A copy of the internal JPMorgan Chase policy allegedly prohibiting this language;
3. Written confirmation that the account will remain open and that no further denial of access will be imposed based on this UCC-protected reservation of rights.

Failure to respond will result in the immediate filing of a formal complaint with the Office of the Comptroller of the Currency (OCC) and may lead to civil action in small claims court to recover administrative damages resulting from Chase's refusal to allow the trustee to exercise fiduciary duties under law.

Please direct all responses to:
Vkng Fleet Trust
PO Box 4093
Cottonwood, AZ 86326

Respectfully,

By: *Erik Arthur Otteson*
Erik Arthur Otteson, Trustee
For: Vkng Fleet Trust

U.S. Postal Service

**CERTIFIED MAIL® RECEIPT**

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Monroe, LA 71203

| | |
|---|---|
| Certified Mail Fee $4.85 | |
| $ $4.10 | 0250 |
| Extra Services & Fees *(check box, add fee as appropriate)* | 22 |
| ☐ Return Receipt (hardcopy)      $ $0.00 | |
| ☐ Return Receipt (electronic)    $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required       $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage      $1.50 | |
| $ | |
| Total Postage and Fees | 06/10/2025 |
| $10.45 | |

Sent To
*Legal Dept. JPMorgan Chase*

Street and Apt. No., or PO Box No.
*LA4-7200   700 Kansas Lane*

City, State, ZIP+4®
*Monroe, LA 71203*

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Tracking number (left margin): 9589 0710 5270 2831 2460 29

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Legal Department*
*JP Morgan Chase*
*LA4-7200*
*700 Kansas Lane*
*Monroe, LA 71203*

9590 9402 9474 5069 5824 45

2. Article Number *(Transfer from service label)*

9589 0710 5270 2831 2460 29

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature    Dakota Robertson
X                        ☐ Agent
                          ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
Dakota Robert...                    6·13

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature                ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®                ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery            ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

**Exhibit I** – Written Admission Relevant to Intent and Conduct (07/31/2025)

Executive Office(Mail Code OH4-7120)
3415 Vision Drive
Columbus OH 43219

ılıqıllılıllllılılılllıllllılıllllllllıllılllılllıllılıll
00352 MLP 000 001 21325 NNNNNNNNNNNN ECN32

**ERIK ARTHUR OTTESON**
**VKNG. FLEET TRUST**
RFD 798 CALLE TOMALLO
CLARKDALE AZ 86324

July 31, 2025



**Executive Office (Mail Code OH4-7120)**
3415 Vision Drive
Columbus, OH 43219

CHASE ⬡



July 31, 2025

Erik Arthur Otteson
Vkng. Fleet Trust
RFD 789 Calle Tomallo
Clarkdale, AZ 86324

**We closed your accounts but you are eligible to open new ones**

Dear Erik Arthur Otteson:

We are responding to your complaint regarding the request to re-open your trust accounts. Thank you
for sharing your concerns.

You informed us that your trust accounts were obstructed from use and then later closed. After a review
of the documents we were provided, we determined that we are unable to maintain the accounts. The
signatures you provided included additional verbiage, "without prejudice."

According to our Deposit Account Agreement which you were provided at account opening, and which is
available on chase.com, you or we may close your account at any time for any reason or no reason
without prior notice. You were provided an opportunity to correct the signatures; however, the updates
were not made and the account closed. If you would like to open new accounts, you may do so.
However, they may not contain additional verbiage with the signatures.

Thank you for banking with us. If you have questions, please call us at 1-877-805-8049 and reference
case number ECW250618-02779. We accept operator relay calls. We're here Monday through Friday
from 8 a.m. to 9 p.m. and Saturday from 9 a.m. to 6 p.m. Eastern Time.

Sincerely,

Executive Office
1-877-805-8049
1-866-535-3403 Fax; it's free from any Chase branch
executive.office@chase.com
chase.com

Esta comunicación contiene información importante acerca de la cuenta. Si tiene alguna pregunta o
necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-877-805-8049, de lunes a
viernes de 8 a.m. a 9 p.m. y sábados de 9 a.m. a 6 p.m., hora del Este.

ID Q8dz1UsO2y
ECN32



006   FTOE4P1  86324

PRESORTED
FIRST CLASS
MAIL
U.S. POSTAGE
PAID
NSP

**Exhibit J** – 21 Bravo Mold Report (07/26/2025)



**21 Bravo Environmental Inspections**


**Report of Findings**
**Limited Water Damage and Microbial Assessment**


**798 Calle Tomallo**
Clarkdale, Arizona 86324


**Submitted to:**
**Mr. Erik Otteson**


**Submitted by:**
**21 Bravo Environmental Inspections**
**2301 East Delgado Street**
**Phoenix, AZ 85022**


**July 26th, 2025**
**21BEI Project No. 2025110**

July 26th, 2025                                                    21BEI Project No. 2025110


Mr. Erik Otteson
798 Calle Tomallo
Clarkdale, Arizona 86324


Dear Mr. Otteson:


Re:     Report of Findings  -  Limited Water Damage and Microbial Assessment
        798 Calle Tomallo
        Clarkdale, Arizona 86324


21 Bravo Environmental Inspections is pleased to submit this report of findings for the recently completed limited water damage and microbial assessment activities associated with the above-mentioned address.

21 Bravo Environmental Inspections appreciates this opportunity to provide environmental consulting services to Mr. Erik Otteson.

Sincerely,
21 Bravo Environmental Inspections


Colin Day
Owner

# TABLE OF CONTENTS

1.0    INTRODUCTION

2.0    ASSESSMENT

2.1    VISUAL ASSESSMENT

2.2    MICROBIAL SAMPLING PROCEDURES

3.0    MICROBIAL SAMPLE RESULTS

3.1    ANALYTICAL RESULTS

3.2    INTERPRETATION OF RESULTS

4.0    CONCLUSIONS

5.0    RECOMMENDATIONS

6.0    QUALIFICATIONS OF THE REPORT


APPENDIX A        LABORATORY REPORT FORMS AND CHAIN-OF-CUSTODY FORM

## 1.0 INTRODUCTION

The subject of this report is a single-family residence located at 798 Calle Tomallo in Clarkdale, Arizona. 21 Bravo Environmental Inspections (21BEI) services were obtained by Mr. Otteson, (hereinafter "Client"), for the limited purpose of determining if there is visible water damage, an elevated level of airborne microbial spores or visible microbial growth present in the residence.

## 2.0 ASSESSMENT

Mr. Colin Day performed the limited microbial assessment on Wednesday, July 23rd, 2025. In conjunction with our visual observations, 21BEI collected samples from the areas listed below that presented as suspect for possible water damage or microbial growth.

### 2.1 Visual Assessment

During the 21BEI site visit, the following areas were noted suspect for possible water damage or microbial growth based on conversations with the client and visual observations. A Flir thermal imaging camera and a Protimeter moisture meter were used during the assessment.

**Kitchen**
- Visible water damage was present on the trim around the window. When it rains water is observed running down the wall and behind the sink cabinet.
- Visible suspect microbial growth was present under the sink on the wall behind the cabinet.
  - A tape sample was collected from the suspect material under the sink.

**Laundry Room**
- There is an exposed wall cavity behind the washer/dryer that leads to the crawlspace.
- Visible discoloration and suspect microbial growth was present in the exposed cavity.
  - An air sample was collected from the suspect material in the exposed cavity.

**Hall Bathroom**
- Visible water damage was present on the ceiling.
- Visible staining and suspect microbial growth was present on the ceiling above the shower.

### 2.2 Microbial Sampling Procedures

Air samples were collected to evaluate airborne concentrations of mold spores using Zefon Air-O-Cell sampling cassettes. A sampling cassette was attached to a high-volume sampling pump. Air is drawn through the front and passes over a sticky slide in the cassette. Particles in the air stream impact and stick to the slide. The cassette is then sent to the laboratory. In the laboratory, the slide is evaluated by a standard light microscope to identify the types of particles and number of particles found. Samples were collected indoors and outdoors to evaluate ambient, or background, levels of mold spores.

Tape list samples were collected to evaluate the presence of microbial spores. An adhesive glass slide is depressed on the suspect material and then sealed in an airtight container. In the laboratory, the slide is evaluated by a standard light microscope to identify the types of particles and number of particles found.

July 26th, 2025
Report of Findings- Limited Water Damage and Microbial Assessment
798 Calle Tomallo
Clarkdale, Arizona 86324
5

## 3.0 MICROBIAL SAMPLE RESULTS

All air and tape lift samples conducted during 21BEI's site assessment were delivered and analyzed by AES in Phoenix, Arizona.

† Quantities of molds seen growing are listed in the MOLD GROWTH column and are graded 1 to 4+, with 4+ denoting the highest numbers.

Samples highlighted in **bold red text** indicate elevated and or abnormal counts of mold spores.

## 3.2 Interpretation of Results

Air sampling cassettes collected during this assessment indicate that there **IS NOT** an elevated level of airborne microbial spores in the air quality associated with the subject areas.

Tape samples collected during this assessment indicate that the suspect material present in the kitchen under the sink and the wall behind the cabinet **IS** microbial growth. The suspect material present in the laundry room in the exposed cavity **IS NOT** microbial growth.

Mold spores are expected to be found in all samples collected, however, the quantity and type of spores found in Indoor Air Samples should generally be equal to, or less than Outdoor Air Samples.

## 4.0 CONCLUSIONS

In summary, through visual inspection and laboratory analysis, 21BEI has determined there **IS NOT** an elevated level of airborne microbial spores in the air quality associated with the subject areas.

There **IS** microbial growth present in the kitchen under the sink on the wall behind the cabinet. The type/genus of spore detected is Chaetomium. While the EPA doesn't have specific regulations or standards for airborne mold concentrations, they acknowledge that certain mold species, including Chaetomium, can be a public health concern.

There **IS** visible water damage present in the kitchen on the trim around the window and in the hall bathroom on the ceiling. Whenever water damaged building materials are present, regardless of whether microbial growth is visible, there is a significant risk of microbial growth. The IICRC recommends all water damaged building materials be removed,

21BEI recommends that all water damaged or microbial contaminated building materials or personal effects be removed and disposed of, or thoroughly cleaned and disinfected, in accordance with ANSI/IICRC S500 standards.

## 5.0 RECOMMENDATIONS

**Below is a list of recommendations for the removal of water damaged or microbial contaminated building materials. 21BEI recommends that the work be performed by a licensed remediation contractor.**

IICRC S500 1.2.2.3
Drying equipment should remain in operation on site until it has been verified and documented that the drying goals have been achieved in the materials being dried.

IICRC S500 13.3.5
The restorer should control the humidity in the building to minimize moisture migration, potential secondary damage, and microbial amplification.

IICRC S500 13.5.6
Restorers should control airflow, humidity (i.e. dehumidification, ventilation) and temperature to work towards drying goals. These conditions should be managed throughout the drying process.

July 26th, 2025
Report of Findings- Limited Water Damage and Microbial Assessment
798 Calle Tomallo
Clarkdale, Arizona 86324
7

## Kitchen

- Affected area(s) sealed off and negative pressure containment established to prevent fungal spore migration during remediation activities. Allow for up to 4 exchanges per hour.
- Proper PPE (personal protection equipment) should be utilized during removal procedures. (Suits, Respirators, Gloves, and Safety Glasses).
- Remove the kitchen sink cabinet to access the affected area.
- Remove the drywall/paneling and associated insulation if present behind the sink cabinet no less than two (2) feet beyond visible signs of water damage and/or microbial growth.
- Remove the trim around the window no less than two (2) feet beyond visible signs of water damage and/or microbial growth.
- Once the wall cavities are exposed additional materials may need to be removed, at the contractor's discretion.
- If additional water damage or microbial growth is discovered, remove the affected drywall and/or panelling no less than two (2) feet beyond visible signs of water damage and/or microbial growth.
- Thoroughly clean, abrade, and treat all exposed framing no less than two (2) feet beyond visible signs of water damage and/or microbial growth with an antimicrobial biocide solution.
- Perform a wipe down of all non-porous surfaces with an antimicrobial biocide solution.
- HEPA vacuum all worked on areas.

## Hall Bathroom

- Affected area(s) sealed off and negative pressure containment established to prevent fungal spore migration during remediation activities. Allow for up to 4 exchanges per hour.
- Proper PPE (personal protection equipment) should be utilized during removal procedures. (Suits, Respirators, Gloves, and Safety Glasses).
- Remove the drywall on the ceiling no less than two (2) feet beyond visible signs of water damage and/or microbial growth.
- Once the wall cavities are exposed additional materials may need to be removed, at the contractor's discretion.
- If additional water damage or microbial growth is discovered, remove the affected drywall no less than two (2) feet beyond visible signs of water damage and/or microbial growth.
- Thoroughly clean, abrade, and treat all exposed framing no less than two (2) feet beyond visible signs of water damage and/or microbial growth with an antimicrobial biocide solution.
- Perform a wipe down of all non-porous surfaces with an antimicrobial biocide solution.
- HEPA vacuum all worked on areas.

July 26th, 2025
Report of Findings- Limited Water Damage and Microbial Assessment
798 Calle Tomallo
Clarkdale, Arizona 86324
8

## 6.0 QUALIFICATIONS OF THE REPORT

21 Bravo Environmental Inspections has endeavored to observe the existing conditions associated with this project using generally accepted procedures and that degree of care which is ordinary for others performing similar services.1 Regardless of the thoroughness of any assessment, there is always a possibility that some areas containing amplified mold growth may be inaccessible, or are different from those at specific sample locations. Therefore, conditions at every location within the subject project may not be the same as the locations that were actually sampled. The findings presented in this report are relevant to the dates of our site work and the scope of included services, and should not be relied on to represent the air quality or condition of the subject project for any other dates or time frames other than the dates when 21BEI's services were performed. No destructive investigative techniques, such as breaking through walls or ceilings, were performed. In addition, no attempt was made to dismantle Heating Ventilation/Air Conditioning (HVAC) equipment. This report and its contents are meant solely for the use of Client and only to the extent permitted by this report. Client agrees to the terms contained herein by using and/or relying upon this report

---

1 Client agrees that the liability of 21BEI, its agents, officers, and employees, in connection with the services provided by 21BEI to Client as indicated in this report, resulting from any negligent acts, errors, and/or omissions of 21BEI, its agents, officers, or employees, is limited to the total fee actually paid by Client to 21BEI for the services rendered by 21BEI as indicated in this report. Under no legal or equitable theory shall 21BEI or any of its respective agents or employees be liable for any loss or damage of any kind, direct or indirect, in connection with our services provided hereunder, including, but not limited to, compensatory, direct, consequential, incidental, indirect, special or punitive damages. 21BEI's liability is expressly limited to the total fee paid by Client to 21BEI for 21BEI's services hereunder.

**Exhibit X** –Yavapai County Superior Court Minute Entry (denying preliminary injunction; citing Ariz. Sup. Ct. R. 31.2), Case No. [S1300CV202580331], dated [09/17/2025]

FILED
DONNA McQUALITY
CLERK, SUPERIOR COURT
09/17/2025  3:53PM
BY: JHARSHMAN
DEPUTY

## SUPERIOR COURT, STATE OF ARIZONA, IN AND FOR THE COUNTY OF YAVAPAI

| | |
|---|---|
| ERIK ARTHUR OTTESON, Trustee and Authorized Representative of the VKNG FLEET TRUST,<br><br>    Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant. | Case No.  S1300CV202580331<br><br><br>**ORDER** |

| | |
|---|---|
| **HONORABLE LINDA WALLACE** | **BY:** Melissa Crouse, Judicial Assistant |
| **DIVISION PRO TEM B** | **DATE:** September 17, 2025 |

The Court reviewed the *Motion for Reconsideration* filed September 12, 2025.

A trustee cannot represent a trust in Superior Court without an attorney.

**IT IS HEREBY ORDERED** the *Motion for Reconsideration* is denied.

cc: Erik Otteson – PO Box 4093, Cottonwood, AZ 86326