1  Erik Arthur Otteson,
2  PO Box 4093
3  Cottonwood, AZ 86326
4  (928) 254-1037
5  vkngfleettrust@gmail.com
6
7            UNITED STATES DISTRICT COURT
8              FOR THE DISTRICT OF ARIZONA
9

ERIK ARTHUR OTTESON,                )
Trustee of the VKNG FLEET TRUST,    )
                        Plaintiff   )
                                    )
v.                                  )   Case No. CV-25-08198-PCT-DWL
                                    )
JPMORGAN CHASE BANK, N.A.,          )
                        Defendant   )

10  **PLAINTIFF'S MOTION FOR LEAVE TO ELECTRONICALLY FILE**

11                **(CM/ECF) AS A PRO SE LITIGANT**

12  Plaintiff, Erik Arthur Otteson, appearing solely in his capacity as trustee of the Vkng

13  Fleet Trust under Fed. R. Civ. P. 17(a)(1)(E), respectfully moves for leave to file and

14  receive service electronically via the Court's CM/ECF system in this case, and states:

15      A. Plaintiff maintains an active PACER account and has the ability to create and

16         upload standard, text-searchable PDF filings.

17      B. Plaintiff consents to electronic service through the Notice of Electronic Filing

18         (NEF) on the email below, and will keep that email address current with the Clerk.

19      C. Plaintiff agrees to comply with the Court's CM/ECF Administrative Policies and

20         Procedures and any related orders, and understands that permission may be

21         revoked for non-compliance.

22  A proposed order is submitted.

1  Dated this 24th day of September, 2025

2  Respectfully,

3  ERIK ARTHUR OTTESON

4  */s/ Erik Arthur Otteson*

5  Trustee of the VKNG FLEET TRUST

6  PO Box 4093
7  Cottonwood, AZ 86326
8  (928) 254-1037
9  vkngfleettrust@gmail.com
10
11 **CERTIFICATE OF SERVICE**

12 I hereby certify that on this 24th day of September, 2025, a true and correct copy of the

13 foregoing PLAINTIFF'S MOTION FOR LEAVE TO ELECTRONICALLY FILE

14 (CM/ECF) AS A PRO SE LITIGANT was served via Certified Mail, Return Receipt

15 Requested, upon the following:

16 Nicole M. Goodwin
17 Greenberg Traurig, LLP
18 2375 E. Camelback Road, Suite 700
19 Phoenix, Arizona 85016
20 CERTIFIED MAIL 9589 0710 5270 2831 2565 47
21
22 ERIK ARTHUR OTTESON

23 */s/ Erik Arthur Otteson*

24 Trustee for the VKNG FLEET TRUST

1  Erik Arthur Otteson,
2  PO Box 4093
3  Cottonwood, AZ 86326
4  (928) 254-1037
5  vkngfleettrust@gmail.com
6
7             **UNITED STATES DISTRICT COURT**
8             **FOR THE DISTRICT OF ARIZONA**
9

ERIK ARTHUR OTTESON,                    )
Trustee of the VKNG FLEET TRUST,        )
      Plaintiff                         )
                                        )
v.                                      )  Case No. CV-25-08198-PCT-DWL
                                        )
JPMORGAN CHASE BANK, N.A.,              )
      Defendant                         )

10              **[PROPOSED] ORDER**

11  Plaintiff's Motion for Leave to Electronically File (CM/ECF) as a Pro Se Litigant is

12  GRANTED. Plaintiff is authorized to file documents electronically in this case. Plaintiff

13  shall comply with the Court's CM/ECF Administrative Policies and Procedures and keep

14  his email address current with the Clerk.

15  IT IS SO ORDERED.

16  Dated: _____, 2025

17  Hon. Dominic W. Lanza

18  United States District Judge