# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VKNG Fleet Trust, | No. CV-25-08198-PCT-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| JPMorgan Chase Bank NA, | |
| Defendant. | |

Plaintiff Erik Arthur Otteson, in his capacity as trustee and representative of the VKNG Fleet Trust, purports to proceed pro se in this action. However, a nonlawyer cannot represent himself to the extent that he appears in his capacity as trustee for a trust. *C.E. Pope Equity Tr. v. United States*, 818 F.2d 696, 698 (9th Cir. 1987) ("Rule 17(a) authorizes a trustee of an express trust to sue on behalf of the trust, without joining persons 'for whose benefit the action is brought;' the rule does not warrant the conclusion that a nonlawyer can maintain such a suit *in propria persona*. The reciprocal relation between the bar and the bench permits an exception only for a person acting personally.").

Accordingly,

**IT IS ORDERED** that the pleadings filed by Otteson, including the complaint (Doc. 1 at 9), first amended complaint (Doc. 1 at 28), second amended complaint (Doc. 8), as well as Plaintiff's pending motions (Docs. 9, 11, 14) are **struck**. Plaintiff may not file any additional pleadings or motions until he is represented by competent counsel.

1     **IT IS FURTHER ORDERED** that Plaintiff shall retain counsel, and, by **October 17, 2025**, retained counsel for the remaining Plaintiff must file a complaint (which will be the *original* complaint in this action, all previous pleadings having been stricken).

    **IT IS FURTHER ORDERED** that if Plaintiff does not file a complaint *via competent counsel* by **October 17, 2025**, the Clerk of Court shall dismiss this case without further notice.

    **IT IS FURTHER ORDERED** that Defendant's motion to dismiss (Doc. 5) is **denied as moot**.

    Dated this 29th day of September, 2025.

_____
Dominic W. Lanza
United States District Judge