1  Nicole M. Goodwin, SBN 024593
2  Nicole.Goodwinn@gtlaw.com
   Adrianna Griego Gorton, SBN 031836
3  GortonA@gtlaw.com
   GREENBERG TRAURIG, LLP
4  2375 E. Camelback Road, Suite 800
5  Phoenix, AZ 85016
   (602) 445-8000
6  *Attorneys for Defendant JPMorgan Chase Bank, N.A.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Erik Arthur Otteson, | Case No. 3:25-cv-08198-DWL |
|---|---|
| Plaintiff, | **CERTIFICATE OF ATTEMPTED GOOD FAITH CONSULTATION ON DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| vs. | |
| JPMorgan Chase Bank, N.A., | |
| Defendant. | |

Defendant JPMorgan Chase Bank, N.A. ("Chase"), through undersigned counsel, certifies under LRCiv. 7.1(h) that they attempted to confer and engage in a good faith consultation with Plaintiff Erik Arthur Otteson via email multiple times and never received a response. *See* Emails from A. Gorton to Plaintiff, attached as **Exhibit A**. The parties previously communicated via email and Mr. Otteson confirmed the email address used in Exhibit A was correct. Undersigned counsel will continue to try and meet and confer with Plaintiff and will provide an updated notice and Certificate as needed.

DATED this 17th day of November, 2025.

                                        GREENBERG TRAURIG, LLP

                                        By: */s/ Adrianna Griego Gorton*
                                            Nicole M. Goodwin
                                            Adrianna Griego Gorton
                                            *Attorneys for Defendant JPMorgan Chase Bank, N.A.*

716570038