# EXHIBIT A

| | |
|---|---|
| **From:** | Gorton, Adrianna (PracticeGroupAtty-PHX-LT) |
| **To:** | Vkng Fleet Trust, by Erik Arthur Otteson, agent |
| **Cc:** | Mowen, Tammy W. (LSS-PHX-LT) |
| **Subject:** | RE: Otteson v. JPMorgan Chase Bank, N.A.: Meet and Confer |
| **Date:** | Sunday, November 16, 2025 9:46:15 PM |
| **Attachments:** | image001.png |

Mr. Otteson,

I have not received a response to the three emails I have sent requesting a meet and confer pursuant to the Federal Rules of Civil Procedure and the Local Rules for the District of Arizona. Chase intends to file its Motion to Dismiss by 5:00 pm on Monday, 11/17. If we do not hear from you by then, we will represent to the Court that we attempted to meet and confer but could not reach you. Please feel free to give me a call anytime you are available tomorrow (11/17).

Thank you,

**Adrianna Gorton**
Practice Group Attorney

Greenberg Traurig, LLP
2375 E. Camelback Rd. | Suite 800 | Phoenix, AZ 85016
T +1 602.445.8414
GortonA@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



**From:** Gorton, Adrianna (PracticeGroupAtty-PHX-LT)
**Sent:** Friday, November 14, 2025 1:17 PM
**To:** Vkng Fleet Trust, by Erik Arthur Otteson, agent <vkngfleettrust@gmail.com>
**Cc:** Mowen, Tammy W. (LSS-PHX-LT) <mowent@gtlaw.com>
**Subject:** RE: Otteson v. JPMorgan Chase Bank, N.A.: Meet and Confer

Mr. Otteson,

Please provide a time for either today, this weekend, or Monday for the required meet and confer.

Thank you,

**Adrianna Gorton**
Practice Group Attorney

Greenberg Traurig, LLP
2375 E. Camelback Rd. | Suite 800 | Phoenix, AZ 85016
T +1 602.445.8414
GortonA@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



**From:** Gorton, Adrianna (PracticeGroupAtty-PHX-LT)
**Sent:** Thursday, November 13, 2025 11:57 AM
**To:** 'Vkng Fleet Trust, by Erik Arthur Otteson, agent' <vkngfleettrust@gmail.com>
**Cc:** Mowen, Tammy W. (LSS-PHX-LT) <mowent@gtlaw.com>
**Subject:** RE: Otteson v. JPMorgan Chase Bank, N.A.: Meet and Confer

Mr. Otteson,

Following up on my request below.  Please let me know when you are available for a call.

Thank you,

**Adrianna Gorton**
Practice Group Attorney

Greenberg Traurig, LLP
2375 E. Camelback Rd. | Suite 800 | Phoenix, AZ 85016
T +1 602.445.8414
GortonA@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



**From:** Gorton, Adrianna (PracticeGroupAtty-PHX-LT)
**Sent:** Wednesday, November 12, 2025 9:37 AM
**To:** Vkng Fleet Trust, by Erik Arthur Otteson, agent <vkngfleettrust@gmail.com>
**Cc:** Mowen, Tammy W. (LSS-PHX-LT) <mowent@gtlaw.com>
**Subject:** Otteson v. JPMorgan Chase Bank, N.A.: Meet and Confer

Mr. Otteson,

Pursuant to the Federal Rules of Civil Procedure, we are required to meet and confer as JPMorgan Chase Bank, N.A. intends to file a motion to dismiss your Complaint in its entirety. Can you let me know when you are available for a call either today (11/12), tomorrow (11/13), or Friday (11/14).

Thank you,

**Adrianna Gorton**
Practice Group Attorney

Greenberg Traurig, LLP

2375 E. Camelback Rd. | Suite 800 | Phoenix, AZ 85016
T +1 602.445.8414
GortonA@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

