Erik Arthur Otteson
PO Box 4093
Cottonwood, AZ 86326
(928) 254-1037
erikotteson@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ERIK ARTHUR OTTESON,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 3:25-cv-08198-DWL<br><br>**RESPONSE TO DEFENDANT'S CERTIFICATE OF CONSULTATION** |

Plaintiff respectfully notes that no meet and confer occurred. Defendant's Certificate of Consultation (Doc. 23) claims Plaintiff failed to respond to meet and confer emails. However, Defendant's counsel sent these emails to an incorrect address (vkngfleettrust@gmail.com) rather than Plaintiff's email address listed on the Complaint (erikotteson@gmail.com). Defendant's counsel had Plaintiff's phone number from a prior September 24, 2025 meet and confer call but chose not to call. Defendant's counsel allowed only five days between the first email and filing the Motion to Dismiss. The Certificate of Consultation demonstrates Defendant's pattern of bad faith.

Dated this 1st day of December, 2025

Respectfully,

ERIK ARTHUR OTTESON

*/s/ Erik Arthur Otteson*

Plaintiff, Pro Se

PO Box 4093
Cottonwood, AZ 86326
(928) 254-1037
erikotteson@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of December, 2025, a true and correct copy of the foregoing RESPONSE TO DEFENDANT'S CERTIFICATE OF CONSULTATION was served via Certified Mail, Return Receipt Requested, upon the following:

Nicole M. Goodwin
Greenberg Traurig, LLP
2375 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
CERTIFIED MAIL 9589 0710 5270 2831 2565 78

ERIK ARTHUR OTTESON

*/s/ Erik Arthur Otteson*