☑ FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 9 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Erik Arthur Otteson
PO Box 4093
Cottonwood, AZ 86326
(928) 254-1037
erikotteson@gmail.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ERIK ARTHUR OTTESON,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 3:25-cv-08198-DWL<br><br>**CERTIFICATE OF SERVICE FOR PLAINTIFF'S MOTION FOR JUDICIAL NOTICE PURSUANT TO FEDERAL RULE OF EVIDENCE 201(Doc. 27)** |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February, 2026, a true and correct copy of the foregoing MOTION FOR JUDICIAL NOTICE PURSUANT TO FEDERAL RULE OF EVIDENCE 201(Doc. 27) was served via Process Server, upon the following:

Nicole M. Goodwin
Greenberg Traurig, LLP
2375 E. Camelback Road, Suite 700
Phoenix, Arizona 85016

ERIK ARTHUR OTTESON

*Erik Arthur Otteson*

Page 1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    **3:25-cv-08198-DWL**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **NICOLE M. GOODWIN**
was recieved by me on  **2/04/2026:**

**[X]**   I personally served the summons on the individual at **2375 E Camelback Rd , Ste 700, Phoenix, AZ 85016** on **02/09/2026 at 10:44 AM**; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  02/09/2026

_____
*Server's signature*

**Gerardo Aguilar**
*Printed name and title*

**9208 N 10st**
**D**
**Phoenix, AZ 85051**
_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, LETTER; NOTICE OF PRESUMPTIONS PURSUANT TO FEDERAL RULE OF EVIDENCE 301; MOTION FOR JUDICIAL NOTICE PURSUANT TO FEDERAL RULE OF EVIDENCE 201; EXHIBITS; SUPPORTING DOCUMENTS,  to NICOLE M. GOODWIN with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**




Tracking #: **0207651351**