Erik Arthur Otteson
PO Box 4093
Cottonwood, AZ 86326
(928) 254-1037
erikotteson@gmail.com

X FILED ___ LODGED
___ RECEIVED ___ COPY

APR 0 3 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ERIK ARTHUR OTTESON, | Case No. 3:25-cv-08198-DWL |
| Plaintiff, | |
| vs. | **PLAINTIFF'S STATUS INQUIRY REGARDING PENDING MOTIONS** |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | |

Plaintiff ERIK ARTHUR OTTESON, proceeding pro se, respectfully submits this status inquiry regarding the following fully briefed motions currently pending before this Court:

1. Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 22), filed on November 14, 2025. Plaintiff's Response in Opposition (Doc. 24) was filed on December 1, 2025. Defendant's Reply (Doc. 26) was filed on December 11, 2025. This motion has been fully briefed for 113 days as of the date of this filing.

2. Plaintiff's Motion for Judicial Notice Pursuant to Federal Rule of Evidence 201 (Doc. 27), filed on January 27, 2026. Defendant's Response in Opposition (Doc. 28) was filed on February 10, 2026. Plaintiff's Reply (Doc. 29) was filed on February 17, 2026. This motion has been fully briefed for 45 days as of the date of this filing.

3. Plaintiff respectfully requests the Court's ruling on these motions at its earliest convenience. No scheduling conference has been set, no Case Management Order has been entered, and no discovery deadlines have been

established in this matter. The resolution of the pending motions is necessary before the case can proceed to the next phase of litigation.

Plaintiff remains prepared to comply with any scheduling order, case management directives, or other instructions the Court may issue upon resolution of these motions.

Dated this 3rd day of April, 2026

Respectfully,

ERIK ARTHUR OTTESON

_____

Plaintiff, Pro Se

PO Box 4093
Cottonwood, AZ 86326
(928) 254-1037
erikotteson@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2026, a true and correct copy of the foregoing PLAINTIFF'S STATUS INQUIRY REGARDING PENDING MOTIONS was served via Certified Mail, Return Receipt Requested, upon the following:

Nicole M. Goodwin
Greenberg Traurig, LLP
2375 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
CERTIFIED MAIL 9589 0710 5270 3675 6455 66

ERIK ARTHUR OTTESON