ERIK ARTHUR OTTESON
PO Box 4093
Cottonwood, AZ 86326
(928) 254-1037
erikotteson@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

ERIK ARTHUR OTTESON,

Plaintiff,

vs.

JPMORGAN CHASE BANK, N.A.,

Defendant.

Case No. 3:25-cv-08198-DWL

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT PURSUANT TO FRCP 15(a)(2)**

Plaintiff ERIK ARTHUR OTTESON respectfully moves this Court for leave to file the First Amended Complaint attached hereto as Exhibit 1, pursuant to Federal Rule of Civil Procedure 15(a)(2).

## I. LEGAL STANDARD

Under Rule 15(a)(2), a party may amend its pleading with the Court's leave, and "[t]he court should freely give leave when justice so requires." The Supreme Court has held that leave to amend should be granted absent: (1) undue delay; (2) bad faith or dilatory motive; (3) repeated failure to cure deficiencies; (4) undue prejudice to the opposing party; or (5) futility of amendment. *Foman v. Davis*, 371 U.S. 178, 182 (1962). The Ninth Circuit has further held that this policy is "to be applied with extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003).

## II. APPLICATION

**A.** No undue delay. No scheduling order has been entered. No discovery has been conducted. No trial date has been set.

**B.** No bad faith or dilatory motive. The amendment is based on events occurring after the filing of the original complaint.

**C.** No repeated failure to cure. This is Plaintiff's first request to amend the operative complaint (Doc. 21).

**D.** No undue prejudice. The proposed amendment arises from the same transaction and occurrence. No party will be required to undertake new or duplicative preparation.

**E.** The proposed amendment adds parties whose conduct giving rise to liability occurred after the original complaint was filed, and whose addition is governed by the same liberal standard applicable to amendments generally. Desert Empire Bank v. Insurance Co. of North America, 623 F.2d 1371, 1376 (9th Cir. 1980).

**F.** Not futile. The proposed First Amended Complaint states claims upon which relief can be granted.

## III. <u>CONCLUSION</u>

For the foregoing reasons, Plaintiff respectfully requests that this Court grant leave to file the First Amended Complaint attached as Exhibit 1.

Dated this 15th day of June, 2026

Respectfully,

ERIK ARTHUR OTTESON

Plaintiff, Pro Se

PO Box 4093
Cottonwood, AZ 86326
(928) 254-1037
erikotteson@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 06/15/2026, I caused the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT PURSUANT TO FRCP 15(a)(2) to be served upon counsel for Defendant via CM/ECF:

Nicole Goodwin
Adrianna Gorton
Greenberg Traurig, LLP
2375 E. Camelback Road
Suite 700
Phoenix, Arizona 85016

Dated this 15th day of June, 2026

ERIK ARTHUR OTTESON

Plaintiff, Pro Se