ERIK ARTHUR OTTESON
PO Box 4093
Cottonwood, AZ 86326
(928) 254-1037
erikotteson@gmail.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ERIK ARTHUR OTTESON, <br><br> Plaintiff, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A., <br> GREENBERG TRAURIG, LLP, <br> NICOLE M. GOODWIN, <br> ADRIANNA G. GORTON, <br><br> Defendants. | Case No. 3:25-cv-08198-DWL <br><br> **PLAINTIFF'S MOTION FOR LEAVE TO CONVENTIONALLY FILE NON-ELECTRONIC EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Section II(N)(2) of the District of Arizona Electronic Case Filing Administrative Policies and Procedures Manual, Plaintiff ERIK ARTHUR OTTESON respectfully moves this Court for leave to conventionally file physical exhibits in support of Plaintiff's Motion for Summary Judgment.

## I.  INTRODUCTION

Plaintiff has concurrently filed a Motion for Summary Judgment. The evidentiary foundation of that Motion relies, in part, on exhibits that exist in formats and file sizes that cannot be uploaded through the Court's CM/ECF system.

## II.  ARGUMENT

1. The District of Arizona ECF Administrative Manual, Section II(N)(2), provides that "[a] party may seek leave of the court to allow the non-electronic filing of exhibits and other documents when they are not convertible to electronic form (e.g., videotapes, maps, etc.) or are extremely large."

2. The following 14 exhibits in support of the Motion for Summary Judgment exist in audio or video formats that cannot be accommodated by CM/ECF:

**A.    Audio Recordings (5 files):**

3. Exhibit K — 20250726001.WAV (28.32 MB): July 26, 2025 telephone conversation with Chase KYC Compliance Department. Accompanying transcript filed electronically.

4. Exhibit L — 20250801002.WAV (41.02 MB): August 1, 2025 telephone conversation with Chase KYC Department representative. Accompanying transcript filed electronically.

5. Exhibit M — 20250822011.WAV: August 22, 2025 telephone conversation with Chase Preservation/Litigation Department (Call 1). Accompanying transcript filed electronically.

6. Exhibit N — 20250822012.WAV: August 22, 2025 telephone conversation with Chase Preservation/Litigation Department (Call 2). Accompanying transcript filed electronically.

7. Exhibit O — 20250924018.WAV: September 24, 2025 telephone conversation with Adrianna Gorton, counsel for Defendant JPMorgan Chase Bank, N.A. Accompanying transcript filed electronically.

**B.    Video Recordings (9 files):**

8. Exhibit Y — Invoice 1025, Aspen RV. Duration: 19 hours, 31 minutes, 8 seconds. Timelapse video derived from continuous raw footage documenting commercial fleet wrap installation.

9. Exhibit Z — Invoice 1027, Northern Arizona Plumbing Solutions. Duration: 8 hours, 49 minutes, 23 seconds. Timelapse video derived from continuous raw footage documenting commercial fleet wrap installation.

10. Exhibit AA — Invoice 1028, DEMA/Camp Navajo Fire Department. Duration: 3 hours, 43 minutes, 1 second. Timelapse video derived from continuous

raw footage documenting commercial fleet wrap installation for federal/state agency.

11. Exhibit AB — Invoice 1029, Northern Arizona Plumbing Solutions (second engagement). Duration: 7 hours, 31 minutes, 24 seconds. Timelapse video derived from continuous raw footage.

12. Exhibit AC — Invoice 1030, Longfellow Excavating WT-3. Duration: 21 hours, 47 minutes, 38 seconds. Timelapse video derived from continuous raw footage.

13. Exhibit AD — Invoice 1031, Wilson's Heating and Cooling. Duration: 2 hours, 32 minutes, 28 seconds. Timelapse video derived from continuous raw footage.

14. Exhibit AE — Invoice 1032, Premier Diesel. Duration: 21 hours, 33 minutes, 22 seconds. Timelapse video derived from continuous raw footage.

15. Exhibit AG — Invoice 1034, Abe's Custom Upholstery. Duration: 7 hours, 38 minutes, 39 seconds. Timelapse video derived from continuous raw footage.

16. Exhibit AH — Invoice 1035, Northern Arizona Plumbing Solutions (third engagement). Duration: 8 hours, 5 minutes, 53 seconds. Timelapse video derived from continuous raw footage.

17. These exhibits are directly pertinent to the resolution of the Motion for Summary Judgment and cannot be meaningfully reduced in size without compromising their evidentiary value. Because the CM/ECF system cannot accommodate these files, conventional filing via physical media (USB flash drive) is the only method available to submit this evidence to the Court.

18. All remaining exhibits (A through J, P through X, AF, AI, AJ, AK) will be filed electronically through CM/ECF in standard document format.

19. Plaintiff will submit the physical media to the Clerk of the Court via mail, containing the original exhibits for the Clerk's file and one copy for the District

Judge, in compliance with LRCiv 5.4. Plaintiff will concurrently serve a copy of the physical media on counsel for Defendants.

## III. <u>CONCLUSION</u>

For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to conventionally file the non-electronic exhibits identified above in support of the Motion for Summary Judgment.

Dated this 15th day of June, 2026

Respectfully,

ERIK ARTHUR OTTESON

*Erik Arthur Otteson*

Plaintiff, Pro Se

PO Box 4093
Cottonwood, AZ 86326
(928) 254-1037
erikotteson@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 06/15/2026, I caused the foregoing PLAINTIFF'S MOTION FOR LEAVE TO CONVENTIONALLY FILE NON-ELECTRONIC EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT to be served upon counsel for Defendants via CM/ECF:

Nicole Goodwin
Adrianna Gorton
Greenberg Traurig, LLP
2375 E. Camelback Road
Suite 700
Phoenix, Arizona 85016
Counsel for Defendant JPMorgan Chase Bank, N.A., and Defendants in their individual capacities

Dated this 15th day of June, 2026

ERIK ARTHUR OTTESON

Plaintiff, Pro Se