

# CHASE
## CERTIFICATION OF TRUST

The undersigned represent to JPMorgan Chase Bank, N.A. ("Bank") that we are the Trustee(s) ("Trustee[s])" under a Trust Agreement titled _Vkng Fleet Trust_ ("Trust") Trust, which currently exists and was duly signed by the Settlor(s) of the Trust. The Trust has not been revoked, modified, or amended in any manner that would cause the representations contained in this Certification of Trust ("Certification") to be incorrect and the signatures below are those of all the currently acting Trustees. **Trustee(s) shall complete this Certification, which will be relied upon by the Bank to open, close, or maintain deposit account(s) in the Trust.**

## TRUST INFORMATION

❖ The Trust was originally executed on _4/21/25_ and is governed under the laws of _AZ_.

❖ The Trust's taxpayer identification number is (select one) ☐ SSN or ☑ EIN _37-6804359_.

❖ The Trust is (select one) ☐ Revocable or ☑ Irrevocable

  ➤ If revocable list name of person(s) with power to revoke: _____.

  ➤ If the Trust was created under Will, indicate: (a) Date of Will_____, (b) Date Will admitted to

    Probate_____, and (c) County _____, State of Probate_____.

❖ The Trust (select one) ☑ may be amended or ☐ may **not** be amended

  ➤ If the Trust may be amended, list name of person(s) with power to amend: _Otteson, Erik Arthur_.

  ➤ If previously amended, list effective date(s) of amendment(s): _____.

❖ The administration of the Trust (select one) ☐ is subject to court supervision or ☑ is **not** subject to court supervision.

  ➤ If subject to court supervision, Trustee must attach court orders indicating restrictions on the Trustee's ability to act.

❖ Manner of Taking Title to Trust Property: _Otteson, Erik Arthur_, Trustees of the _Vkng Fleet Trust_, dated _4/21/25_.

❖ The name(s) and address(es) of the Grantor(s)/Trustor(s)/Settlor(s):

  1. Name: _Otteson, Erik Arthur_ Address: _PO Box 4093 Cottonwood, AZ 86326_

  2. Name:_____ Address:_____

  3. Name:_____ Address:_____

  4. Name:_____ Address:_____

## TRUSTEE(S) AND TRUSTEE POWERS

The name(s) and address(es) of all the **currently acting** Trustee(s):

  1. Name: _Otteson, Erik Arthur_ Address: _PO Box 4093 Cottonwood, AZ 86326_

  2. Name:_____ Address:_____

  3. Name:_____ Address:_____

  4. Name:_____ Address:_____

The Successor Trustee(s) is (leave blank if none):

  1. First Successor Trustee(s): _____

  2. Second Successor Trustee(s): _____

If any Trustee dies, resigns, or otherwise is unable to act as a Trustee, it is the obligation of another Trustee or Successor Trustee to notify Bank, to safeguard the account and account-related items and documents, to receive and review monthly account statements and notify Bank of errors, and to provide the Bank with new documentation authorizing Bank to act on the order or instruction of any newly designated Trustee. Unless otherwise indicated to Bank in writing, conditions for succession of a Trustee shall be death, incapacity, unwillingness to serve, or resignation of the trustee serving before them.

M1204-04 (08/24)





<u>Trustee Authority</u>. Each Trustee is authorized, individually, to open, close, and maintain, in the name of Trust, any type of deposit account(s) ("Account") generally offered by Bank for trusts, subject to Bank's deposit account agreement, as it may be amended. Trustees are authorized to deposit funds, from whatever source, to any Account and, individually, to withdraw or transfer funds, from any Account, by check or other order of instruction for the withdrawal or transfer of funds, payable to or for the benefit of any third party or any Trustee, in any capacity, personal or otherwise, to withdraw funds in cash or cash equivalents, or to perform any other transaction or maintenance related to the account. No transaction requires the consent or action of any person other than the undersigned. The Bank has no fiduciary duties or responsibilities to the Trust to monitor the disposition of funds to or from any Account.

<u>Delegation of Authority</u>. Select all that apply:

☑ The Trust expressly permits an Attorney-In-Fact designated under a **Power of Attorney** to act on the Trustee's behalf in a fiduciary capacity.

☑ The Trust expressly permits Trustee(s) to designate, by means of a signature card, one or more **authorized signer** on the Accounts who are not Trustees. Trustee(s) expressly represent that this delegation of authority is for the ministerial act of executing instruments payable by, providing instructions to, or making deposits in Bank with respect to the Trust assets in an Account, which actions have been authorized by all or a majority of the Trustees, or otherwise, in accordance with the trust instrument. The Bank is entitled to rely on this representation in conducting any business relating to any Account.

<u>Trustee Authority for Multiple Trustees</u>. *If more than one Trustee*, select one:

❑ The Trust allows Trustees to act **independently** (with the signature of any one Trustee) or with **majority action** (the signatures of the majority of the Trustees)

❑ The Trust requires Trustees to act **unanimously** (with the signatures of all Trustees)

Trustees certify to Bank that **(a) each trustee is acting with the consent required by all other trustees, (b) each trustee shall exercise trustee powers within the limits set forth under the trust instrument and applicable law, and (c) this Certification acts as a direction from all trustees that Bank may act in response to the request of any one trustee.** When more than one Trustee is acting, all communications from Bank to any one Trustee shall be deemed communicated to all Trustees then acting. In its sole discretion, Bank may require the written consent of all or any Trustees prior to acting upon the instructions of any Trustees.

## ADDITIONAL PROVISIONS

<u>Certification</u>. This Certification, effective upon execution, is provided to Bank by the Trustee(s) of the trust identified above, instead of and in place of any one or more pages of (a) the original trust instrument, (b) any amendment to the original trust instrument, and (c) any restatement of the original trust agreement. If requested by Bank, Trustee(s) shall provide Bank with a copy of any excerpts of the Trust which Bank reasonably requests. This Certification conforms to the terms of the Trust and accurately represents the authority of the Trustee(s) to act on behalf of the Trust. Trustees shall notify Bank in writing of any amendment to the Trust, any change in the Trustees, or any other event that may alter the representations and/or certifications in this Certification. Bank may rely on this Certification until it receives written notice of any amendment or termination of the Trust certified by another Trustee or Successor Trustee. Bank shall have reasonable time to act upon such certified notice of amendment or termination.

<u>Indemnification</u>. Trustees, on behalf of themselves individually and the Trust, release Bank and it's affiliates from any and all claims and liabilities, covenant not to bring suit, and agree to indemnify and hold Bank, its directors, officers, agents, and employees harmless from and against any and all claims, losses, judgments, suits, and expenses (including reasonable attorneys' fees) and liabilities which it may suffer or incur by acting and relying upon this Certification.

<u>No Advice</u>. Trustees have not relied upon any representations or advice by Bank, its agents, employees, representatives, or affiliates regarding the legal, tax, accounting, or estate planning effects of this Certification.

<u>Knowledge</u>. Bank may act in reliance upon this Certification and has no duty to confirm that the representations contained herein are correct. Neither actual nor constructive knowledge of the terms of the trust instrument to the bank shall be inferred solely from the fact that Bank at any time is, or was, in possession of any part or all of the trust instrument. Bank shall have no responsibility for, and shall bear no liability in connection with, determining (or failing to determine) whether any transaction contemplated in or by this Certification is a reasonable or prudent exercise of a Trustee's powers under the terms of the trust instrument, applicable law, this Certification, or otherwise.

<u>Counterparts</u>. This Certification may be executed in any number of counterparts, each of which when executed and delivered shall constitute a duplicate original, but all counterparts together shall constitute a single Certification.

<u>Severability</u>. If any one or more provisions of this Certification shall be (1) held or made invalid or unenforceable by a court decision, statute or rule, (2) held to be in conflict with any applicable law, or (3) held or rendered to be otherwise invalid, the validity and enforceability of all other provisions of this Certification, including without limitation the Indemnification provision above, shall not be affected thereby.

M1204-04 (03/25)



## SIGNATURES

The undersigned swear or affirm under penalty of perjury that the foregoing is true and correct

**Signer 1:** *Without prejudice*
Signature *Erik Arthur Otteson*

Printed Name: *Erik Arthur Otteson*

Date: *5/14/25*

Relationship to Trust (Select One):☐ Settlor ☑ Settlor and Trustee ☐ Trustee ☐ Attorney for Trustee (Iowa, Michigan, and Washington trusts only)

**Signer 2:**
Signature _____

Printed Name: _____

Date: _____

Relationship to Trust (Select One): ☐ Settlor ☐Settlor and Trustee ☐Trustee ☐ Attorney for Trustee (Iowa, Michigan, and Washington trusts only)

**Signer 3:**
Signature _____

Printed Name: _____

Date: _____

Relationship to Trust (Select One): ☐ Settlor ☐ Settlor and Trustee ☐ Trustee ☐ Attorney for Trustee (Iowa, Michigan, and Washington trusts only)

**Signer 4:**
Signature _____

Printed Name: _____

Date: _____

Relationship to Trust (Select One): ☐ Settlor ☐ Settlor and Trustee ☐ Trustee ☐ Attorney for Trustee (Iowa, Michigan, and Washington trusts only)

Attach a notary acknowledgment of the signatures of all trustees for trusts established under the laws of **California, Delaware, Idaho, Kansas, Louisiana, Michigan, Mississippi, Nebraska, Nevada, New York, Oklahoma, Rhode Island, Tennessee.**

Attach a notary jurat of the signatures of all trustees for trusts established under the laws of **Colorado, Iowa, Minnesota, South Dakota, Vermont.**

M1204-04 (03/25)

