

# CHASE ⬡

Chase Customer Service
PO Box 659970
San Antonio, TX 78265-9672

**Questions?**

💻 chase.com

📞 1-800-935-9935

We accept operator relay calls



00222 OST 000 040 14825 NNNNNNNNNNNN KYCCustLtr01
**VKNG FLEET TRUST**
RFD 798 CALLE TOMALLO
CLARKDALE AZ 86324

May 27, 2025

## Action Needed: Please act now to avoid disruption on your account(s)

Dear VKNG FLEET TRUST:

Thank you for banking with Chase and giving us the opportunity to service your account(s).

Banking regulations require that we collect specific information from our clients. We'll need you to provide this information by 06/06/2025, to avoid any disruption to your account(s).

**Please visit your local branch to sign updated documentation.**

**Next steps:**
- You can use the Chase Mobile® app or chase.com to find open branches and updated hours, or to schedule a meeting.
- If we don't receive the information we need by 06/06/2025, we will restrict your account(s).
- If we still haven't received this information by 06/23/2025, we may be required to close your account(s). If your account(s) is closed, we will mail you a check for the balance within 10 business days.

Thank you for your prompt attention to this matter. If you have questions or believe you've received this in error, please call us at 1-877-382-8854.

Sincerely,

Customer Service

Si usted no sabe leer en inglés, por favor llame al 1-877-312-4273 para hablar con un representante en español.