# Vkng Fleet Trust

PO Box 4093
Cottonwood, AZ 86326
Date: 06/03/2025
To Whom It May Concern,
Thank you again for approving and opening the trust account for Vkng Fleet Trust. I've been informed that there was an objection to my signature due to the inclusion of the phrase "without prejudice."

For the record, this language was included pursuant to UCC §1-308, which authorizes any party to explicitly reserve their rights while performing or assenting to performance as demanded by the other party. This provision ensures that the party reserving rights does not waive them by virtue of participation or signature. The relevant statutory text provides:

UCC §1-308 – Performance or Acceptance Under Reservation of Rights
(a) A party that with explicit reservation of rights performs, or assents to performance, in a manner demanded or offered by the other party does not thereby prejudice the rights reserved.
(b) Phrases such as "without prejudice," "under protest," or similar are sufficient.

This reservation has no effect on the substance of the agreement and does not limit Chase Bank's rights, remedies, or recourse. It is simply a lawful declaration of continued rights under contract law and commercial code.

For reference, this provision is codified in both relevant jurisdictions:
- Arizona Revised Statutes Title 47 §1-308 (trust domicile)
- Delaware Code Title 6 §1-308 (state of Chase Bank's incorporation)

As the acting trustee, I executed the necessary documents and performed in accordance with the trust account agreement. Chase's approval and full performance—by opening the accounts—constitutes ratification of the contract, including the signature as submitted. Therefore, no amendment is necessary, and the reservation remains valid and lawful as part of the executed record.

This clarification is provided for the record only. I look forward to continued smooth operation of the trust account and appreciate your professionalism and attention to detail.

Respectfully,

By: *Erik Arthur Otteson*
Erik Arthur Otteson, Trustee
For: Vkng Fleet Trust