# Request for Written Confirmation and Record of Signature Objection

Erik Arthur Otteson
Trustee, Vkng Fleet Trust
PO Box 4093
Cottonwood, AZ 86326

Date: 04/06/2025
To: Christian Zamora
Subject: Request for Written Confirmation and Record of Signature Objection
Hi Christian Zamora,

Thanks for assisting with the trust account. I've been informed — via your outreach to another department — that there is an objection to my trustee signature due to the phrase "without prejudice." As you know, this phrase is a lawful reservation of rights under UCC §1-308, and the trust account has already been approved and opened.

Out of respect for the process and to clarify the record, I would appreciate it if you could obtain a written explanation from the department that made this determination. Specifically:

1. The name of the department and decision-maker,
2. The written policy or legal basis used to justify the rejection,
3. Confirmation of whether this policy applies to trustee signatures under UCC §1-308,
4. Whether Chase Bank intends to reject or close the account on this basis

I would like to resolve this promptly and in good faith, but I cannot proceed based solely on hearsay or unofficial phone representations. This is a matter of legal record for trust administration, and it must be treated accordingly.

Let me know how soon we can get this documented.

Respectfully,

*Erik Arthur Otteson*
Erik Arthur Otteson
Trustee, Vkng Fleet Trust