| | |
|---|---|
| **From:** | San Agustin, Patriciatracyjude (CCB, PHL) |
| **Sent:** | Monday, June 09, 2025 1:31 PM |
| **To:** | Zamora, Christian (CCB, USA) |
| **Subject:** | VKNG FLEET TRUST 1003436581 |

Customer want info sent in writing regarding signature "without prejudice" not accepted

Is "without prejudice" acceptable on signature for bank documents?

No, "without prejudice" should not be included in the signature line of a legal bank document. The term "without prejudice" applies to communications made during settlement negotiations, and its use on a signature line would not be appropriate.

### Explanation:

**"Without Prejudice" Privilege:**

The phrase "without prejudice" is used to indicate that a communication is made in a genuine attempt to settle a dispute. This privilege protects the communication from being used as evidence in court if the dispute is not resolved.

**Applicability:**

This privilege applies to communications, not to the actual terms of a legal agreement. The signature line on a bank document represents the final agreement, not a settlement negotiation.

**Misuse of the Term:**

Using "without prejudice" on a signature line would be a misapplication of the term and could be misinterpreted. It would suggest that the agreement itself is subject to later settlement, which is not the case.

**Example:**

If a bank and customer are in a dispute over a loan, "without prejudice" might be used in letters or emails exchanged during negotiation. However, once a final agreement is reached, the document signed by both parties should not include this term.

**Patricia Tracy Jude D. San Agustin** | Fraud Specialist IV | FCPS Philippines |JPMorgan Chase & Co. 38th Street corner 9th Avenue, Uptown Bonifacio, Taguig, **Floor 11** ❖ Office: 877-691-8086 ❖ Cell: 922-440-9092 | patriciatracyjude.sanagustin@chase.com