**Gmail**                                    Erik Otteson <erikotteson@gmail.com>

---

## Automatic reply: [EXTERNAL]Signature issue
4 messages

---

**Zamora, Christian** <christian.zamora@chase.com>                     Fri, May 30, 2025 at 12:10 PM
To: Erik Otteson <erikotteson@gmail.com>

Hello, I will be out of the office until 04/15. If you need anything please reach out to my branch manager. Contact info can be located at bottom of email. Thank you

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

---

**Erik Otteson** <erikotteson@gmail.com>                          Wed, Jun 4, 2025 at 10:56 AM
To: "Zamora, Christian" <christian.zamora@chase.com>

Christian,

Here is the original document I brought in and the second document that I'd like to submit.

Thank,

Erik Otteson
[Quoted text hidden]

---

**2 attachments**


**Scan 1.jpeg**
97K


**Scan.jpeg**
118K

---

**Zamora, Christian** <christian.zamora@chase.com>                     Wed, Jun 4, 2025 at 3:30 PM

To: Erik Otteson <erikotteson@gmail.com>

1-877-382-8854

Above is the number to the KYC department.

**Christian Zamora** | Chase | Relationship Banker | NMLS ID 2272439 | 402 Finnie Flat Rd. Camp Verde, AZ 86332 | christian.zamora@chase.com | T: 928-567-7675

My job is to help you with all your financial needs through our team of experts – Banking, Credit Cards, Business Banking, Home Lending, Auto and Investing by J.P. Morgan. Schedule time with me to learn how my team can help | Schedule a meeting

**Joe Scarpace** | Branch Manager | joe.scarpace@chase.com | T: 928-567-4111

If you have any questions, you can visit us on our Chase Mobile® app, on chase.com or contact me directly. Chase Mobile® app is available for select mobile devices. Enroll in Chase Online$^{SM}$ or on the Chase Mobile® app. Message and data rates may apply.

[Quoted text hidden]
[Quoted text hidden]

---

**Erik Otteson** <erikotteson@gmail.com>                          Mon, Jun 9, 2025 at 1:44 PM
To: "Zamora, Christian" <christian.zamora@chase.com>

Christian,

I just got off the phone with a woman named Tracy. She wouldn't provide me with any sort of identification to track the call or give me any sort of email documentation of the policy, but she did say that she emailed the policy to, and that you would be able to print it or forward it to me to review. Please email it to me as now the account will be closed on 05/23/2025. Also, if there is any chance of getting this internal case number for my records that would be great. Did you have any response to the escalation case? It seems like I started from square one.

[Quoted text hidden]