

# CHASE

## Thank you for choosing Chase.

If you need to order checks, please visit Chase.com

Debit Card # 7484

Para hablar con un especialista de servicio de atención al cliente en español, por favor llame al 877-312-4273.

3014426   000068

---

91-2/1221 85          9990

PAY TO THE
ORDER OF     *VOID*          $

DATE

DOLLARS   Security Features Included. Details on Back.

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO                                        MP

⑆122100024⑆   195178592⑆9990

---

GD IL 20240973 12/24      Visit DisneyDebit.com      RPDDGROG

Questions? Visit chase.com/bankinghelp

**ERIK A OTTESON**
4347 6959 4103 7484
GOOD THRU 06/30   CVV 521
chase.com | 1-877-388-5726 | Int'l: 1-405-272-9935
THIS CARD IS THE PROPERTY OF JPMORGAN CHASE BANK, N.A.

Part of the Disney© Visa® Card Program
© & TM Lucasfilm Ltd.

---

Please keep this ID card in a safe place. It contains your account number.

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

Routing Number

Your Account Number