# NOTICE OF LEGAL DISPUTE – DEMAND TO CURE POLICY-BASED DENIAL OF ACCOUNT ACCESS

Vkng Fleet Trust
PO Box 4093
Cottonwood, AZ 86326

Date: 06/10/2025

To:
Legal Department
JPMorgan Chase & Co.
700 Kansas Lane
Monroe, LA 71203
Re: Unlawful Denial of Trust Account Access – Vkng Fleet Trust

To the JPMorgan Chase Legal Department,

This notice concerns the unlawful administrative obstruction of the Vkng Fleet Trust's ability to lawfully access and fund its approved account, opened with JPMorgan Chase and now scheduled for closure by June 23, 2025. Despite approval of the trust account and delivery of all required documentation, Chase has refused to proceed with activation and use of the account on the basis of a disputed internal policy.

The Certification of Trust was properly executed by the Trustee, with a wet ink signature that included the phrase "without prejudice," which is expressly protected under UCC §1-308 and its codified counterparts in Arizona Revised Statutes §47-1308 and Delaware Code 6 Del. C. §1-308. This language lawfully preserves the signatory's rights and does not, under any recognized commercial authority, void or compromise the contract.

Chase personnel have cited an unnamed internal policy as grounds for rejecting this signature, and have failed to produce that policy in writing despite repeated requests. The account remains unfunded as a result of Chase's refusal to accept performance already approved through the trust onboarding process. This constitutes an anticipatory breach of contract, denial of access to lawful commercial instruments, and violation of the duty of good faith required under UCC §1-304.

You are hereby given five (5) business days to respond in writing and provide the following:
1. The specific statute or regulation prohibiting the inclusion of "without prejudice" in a signature on a Certification of Trust;
2. A copy of the internal JPMorgan Chase policy allegedly prohibiting this language;
3. Written confirmation that the account will remain open and that no further denial of access will be imposed based on this UCC-protected reservation of rights.

Failure to respond will result in the immediate filing of a formal complaint with the Office of the Comptroller of the Currency (OCC) and may lead to civil action in small claims court to recover administrative damages resulting from Chase's refusal to allow the trustee to exercise fiduciary duties under law.

Please direct all responses to:
Vkng Fleet Trust
PO Box 4093
Cottonwood, AZ 86326

Respectfully,

By: *Erik Arthur Otteson*
Erik Arthur Otteson, Trustee
For: Vkng Fleet Trust

OFFICIAL USE

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Monroe, LA 71203

| | | |
|---|---|---|
| Certified Mail Fee $4.85 | | 0250 |
| $ $4.10 | | 22 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | Here |
| ☐ Adult Signature Required $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $1.50 | | |
| $ | | 06/10/2025 |
| Total Postage and Fees $10.45 | | |
| $ | | |

Sent To Legal Dept. JPMorgan Chase

Street and Apt. No., or PO Box No. LA4-7200 700 Kansas Lane

City, State, ZIP+4® Monroe, LA 71203

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2831 2460 29

---

## SENDER: COMPLETE THIS SECTION

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Legal Department
JP Morgan Chase
LA4-7200
700 Kansas Lane
Monroe, LA 71203

9590 9402 9474 5069 5824 45

2. Article Number (Transfer from service label)

9589 0710 5270 2831 2460 29

## COMPLETE THIS SECTION ON DELIVERY

A. Signature Dakota Robertson

X ☐ Agent ☐ Addressee

B. Received by (Printed Name) Dakota Robertson

C. Date of Delivery 6-13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt