Executive Office(Mail Code OH4-7120)
3415 Vision Drive
Columbus OH 43219

00352 MLP 000 001 21325 NNNNNNNNNNNN ECN32

**ERIK ARTHUR OTTESON**
**VKNG. FLEET TRUST**
RFD 798 CALLE TOMALLO
CLARKDALE AZ 86324

July 31, 2025

**CHASE**

July 31, 2025

Erik Arthur Otteson
Vkng. Fleet Trust
RFD 789 Calle Tomallo
Clarkdale, AZ 86324

**We closed your accounts but you are eligible to open new ones**

Dear Erik Arthur Otteson:

We are responding to your complaint regarding the request to re-open your trust accounts. Thank you for sharing your concerns.

You informed us that your trust accounts were obstructed from use and then later closed. After a review of the documents we were provided, we determined that we are unable to maintain the accounts. The signatures you provided included additional verbiage, "without prejudice."

According to our Deposit Account Agreement which you were provided at account opening, and which is available on chase.com, you or we may close your account at any time for any reason or no reason without prior notice. You were provided an opportunity to correct the signatures; however, the updates were not made and the account closed. If you would like to open new accounts, you may do so. However, they may not contain additional verbiage with the signatures.

Thank you for banking with us. If you have questions, please call us at 1-877-805-8049 and reference case number ECW250618-02779. We accept operator relay calls. We're here Monday through Friday from 8 a.m. to 9 p.m. and Saturday from 9 a.m. to 6 p.m. Eastern Time.

Sincerely,

Executive Office
1-877-805-8049
1-866-535-3403 Fax; it's free from any Chase branch
executive.office@chase.com
chase.com

Esta comunicación contiene información importante acerca de la cuenta. Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-877-805-8049, de lunes a viernes de 8 a.m. a 9 p.m. y sábados de 9 a.m. a 6 p.m., hora del Este.

ID Q8dz1UsO2y
ECN32

B-7  213

PRESORTED
FIRST CLASS
MAIL
U.S. POSTAGE
**PAID**
NSP



006  FTDEAP1  86324