ERIK ARTHUR OTTESON
PO Box 4093
Cottonwood, AZ 86326
(928) 254-1037
erikotteson@gmail.com

02/10/2026

VIA PROCESS SERVER

TO:
Adrianna Gorton, Esq.
Greenberg Traurig, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016

**RE: ERIK ARTHUR OTTESON v. JPMORGAN CHASE BANK, N.A.**
**Case No. 3:25-cv-08198-DWL**
**Preservation of Electronically Stored Information**

Dear Ms. Gorton,

On August 12, 2025, Plaintiff served a Notice to Preserve Evidence upon Chase employee Christian Zamora. On August 14, 2025, Plaintiff served a Notice to Preserve Evidence upon JPMorgan Chase Bank, N.A. via its registered agent, CT Corporation, and via certified mail to Chase's Legal Department in Louisiana.

On August 22, 2025, a representative from Chase's records preservation department contacted Plaintiff and assigned internal preservation case number SB1746986-F1 to this matter. Plaintiff specifically requested the preservation of all internal emails and communications related to the closure of the Vkng Fleet Trust account.

Demand is hereby made that Defendant confirm the following in writing within fourteen (14) days of the date of this letter:

1. The date upon which a formal litigation hold was issued;

2. The scope of the litigation hold, including all custodians and data sources identified for preservation;

3. Whether all internal emails, memoranda, and communications related to the account closure have been preserved, including but not limited to those associated with internal reference

numbers ECW250605-06896 and ECW250618-02779;

4. The identity of the custodian(s) of record responsible for the preservation of electronically stored information under case number SB1746986-F1.

Respectfully,

ERIK ARTHUR OTTESON

*Erik Arthur Otteson*

Plaintiff, Pro Se