**From:** GortonA@gtlaw.com
**Subject:** Otteson v. JPMC, Case No. 3:25-cv-08198-DWL
**Date:** February 24, 2026 at 3:56 PM
**To:** vkngfleettrust@gmail.com, erikotteson@gmail.com
**Cc:** mowent@gtlaw.com

Mr. Otteson,

We are in receipt of your letter requesting confirmation of certain information regarding Chase's preservation of documents related to this matter and preservation case number SB1746986-F1. We intend to respond substantively to your letter within the next week.

Thank you,

**Adrianna Gorton**
Practice Group Attorney

Greenberg Traurig, LLP
2375 E. Camelback Rd. | Suite 800 | Phoenix, AZ 85016
T +1 602.445.8414
GortonA@gtlaw.com | www.gtlaw.com | View GT Biography



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.