**From:** **Erik Otteson** erikotteson@gmail.com 📎
**Subject:** Re: Otteson v. JPMC, Case No. 3:25-cv-08198-DWL
**Date:** April 15, 2026 at 4:15 PM
**To:** GortonA@gtlaw.com

Adrianna,

I am following up on your email of February 24, 2026, in which you stated you intended to respond substantively within one week. No response has been received. Attached is my response. A copy was served at your office on April 14, 2026. I have also filed a Motion for Electronic Case Filing with the Court.

Erik Arthur Otteson

On Tue, Feb 24, 2026 at 3:56 PM <GortonA@gtlaw.com> wrote:

Mr. Otteson,

We are in receipt of your letter requesting confirmation of certain information regarding Chase's preservation of documents related to this matter and preservation case number SB1746986-F1.  We intend to respond substantively to your letter within the next week.

Thank you,

**Adrianna Gorton**
Practice Group Attorney

Greenberg Traurig, LLP
2375 E. Camelback Rd. | Suite 800 | Phoenix, AZ 85016
T +1 602.445.8414
GortonA@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

 GreenbergTraurig

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

**2ND NOTICE OF PRESUMTIONS SCAN.pdf**
2.9 MB