# INVOICE

**VKNG FLEET OPS**
PO BOX 4093
COTTONWOOD, AZ 86326
928-254-1037
vkngfleet@gmail.com

**Invoice #:** 1025
**Date:** April 8, 2026
**Due Date:** April 8, 2026

**Bill To:**
Aspen RV Mobile RV Repair Services
Attn: Justin Myers
2350 S Hillcrest Dr
Camp Verde, AZ 86322
(928) 683-5522

| # | Description | Qty/Hrs | Rate | Amount |
|---|-------------|---------|------|--------|
| 1 | Strategic Brand Creation & Identity Consulting | 8 | $500.00 | $4,000.00 |
| 2 | Surface Preparation | 1 | $800.00 | $800.00 |
| 3 | Commercial Fleet Wrap Installation (Labor & Materials) | 1 | $5,921.00 | $5,921.00 |

|  |  |
|--|--|
| **Subtotal:** | $10,721.00 |
| **Tax (0%):** | $0.00 |
| **Total:** | **$10,721.00** |

−5604.00

$5,117.00

**Payment Instructions:**
Please make checks payable to: VKNG FLEET OPS
Mail to: PO BOX 4093, COTTONWOOD, AZ 86326

*Thank you for your business. Payment is due upon receipt.*

# COMMERCIAL DEBT ASSIGNMENT & SATISFACTION AGREEMENT

THIS AGREEMENT is made and entered into this _15_ day of _APRIL_, 2026, by and between:

**ASSIGNOR:** Aspen RV Mobile RV Repair Services Attn: Justin Myers 2350 S Hillcrest Dr Camp Verde, AZ 86322 ("Aspen RV")

AND

**ASSIGNEE:** VKNG FLEET OPS Attn: Erik Arthur Otteson PO Box 4093 Cottonwood, AZ 86326 ("VKNG")

**RECITALS:**

A. VKNG has provided professional consulting, brand creation, and fleet installation services to Aspen RV, as detailed in VKNG Invoice #1025, totaling **Ten Thousand Seven Hundred Twenty-One Dollars and 00/100 ($10,721.00)** (the "VKNG Invoice").

B. Aspen RV holds an outstanding account receivable/debt against the estate of Thomas Lee Marley ("Debtor") in the amount of Five Thousand Six Hundred Four Dollars and 09/100 ($5,604.09) for prior RV repair services (the "Marley Debt").

C. The parties desire to satisfy a portion of the VKNG Invoice by assigning the Marley Debt to VKNG, with the remaining balance to be paid in cash/check.

**AGREEMENT:**

**1. ASSIGNMENT OF DEBT FOR VALUE** For good and valuable consideration received (services rendered by VKNG), Aspen RV hereby assigns, transfers, and sets over unto VKNG all right, title, and interest in and to the Marley Debt ($5,604.09). VKNG accepts this assignment as partial payment for the VKNG Invoice.

**2. SATISFACTION OF MARLEY ACCOUNT** Aspen RV acknowledges and agrees that upon execution of this Agreement, the account of Thomas Lee Marley with Aspen RV is

deemed PAID IN FULL and SATISFIED. Aspen RV shall have no further claim against Thomas Lee Marley or his estate regarding this specific debt.

**3. PAYMENT OF REMAINING BALANCE** The parties agree that the assignment of the Marley Debt $(\5,604.09) satisfies that specific portion of the VKNG Invoice ($10,721.00). The remaining balance of **Five Thousand One Hundred Seventeen Dollars and $\frac{91}{100}$ ($5,116.91)** shall be paid by Aspen RV to VKNG via check or other immediately available funds upon receipt of Invoice #1025.

**4. NO RECOURSE** This assignment is made without recourse. VKNG accepts the Marley Debt "as is" and assumes full responsibility for its collection, forgiveness, or discharge at VKNG's sole discretion.

**5. GOVERNING LAW** This Agreement shall be governed by the laws of the State of Arizona and applicable provisions of the Uniform Commercial Code (UCC).

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first above written.

Aspen RV Mobile RV Repair Services By: Justin Myers, Owner

VKNG FLEET OPS By: Erik Arthur Otteson, Owner

# DEED OF DISCHARGE & FORGIVENESS OF DEBT

THIS DEED is executed on this *15* day of *April*, 2026, by:

**CREDITOR:** VKNG FLEET OPS Attn: Erik Arthur Otteson, Owner PO Box 4093 Cottonwood, AZ 86326 ("Creditor")

**IN FAVOR OF:** The Estate of Thomas Lee Marley ("Debtor")

**RECITALS:**

A. Creditor is the lawful holder of a certain debt obligation originally owed by Debtor to Aspen RV Mobile RV Repair Services in the principal amount of Five Thousand Six Hundred Four Dollars and 09/100 ($5,604.09) (the "Debt").

B. Creditor acquired said Debt via a "Commercial Debt Assignment & Satisfaction Agreement" dated *4/15*, 2026, for valuable consideration.

C. Creditor, acting in good faith and honor, desires to fully and forever discharge, cancel, and forgive the Debt.

**NOW, THEREFORE, BE IT KNOWN:**

**1. FORGIVENESS** Creditor hereby UNCONDITIONALLY FORGIVES and DISCHARGES the Debt in its entirety.

**2. RELEASE** Creditor releases the Debtor, his estate, heirs, executors, and assigns from any and all claims, demands, actions, or liabilities related to the Debt. The account is deemed SETTLED IN FULL ($0.00 balance).

**3. EFFECT** This Deed shall serve as conclusive evidence that the Debt has been extinguished and no further payment is required or will be sought.

EXECUTED by the Creditor on the date first above written.

*Otteson, Erik Arthur, owner*

VKNG FLEET OPS By: Erik Arthur Otteson, Owner