# INVOICE

**VKNG FLEET OPS**
PO BOX 4093
COTTONWOOD, AZ 86326
928-254-1037
vkngfleet@gmail.com

| Invoice #: | 1025 |
| Date: | April 8, 2026 |
| Due Date: | April 8, 2026 |

**Bill To:**
Aspen RV Mobile RV Repair Services
Attn: Justin Myers
2350 S Hillcrest Dr
Camp Verde, AZ 86322
(928) 683-5522

| # | Description | Qty/Hrs | Rate | Amount |
|---|-------------|---------|------|--------|
| 1 | Strategic Brand Creation & Identity Consulting | 8 | $500.00 | $4,000.00 |
| 2 | Surface Preparation | 1 | $800.00 | $800.00 |
| 3 | Commercial Fleet Wrap Installation (Labor & Materials) | 1 | $5,921.00 | $5,921.00 |

| | | |
|---|---|---|
| Subtotal: | $10,721.00 |
| Tax (0%): | $0.00 |
| **Total:** | **$10,721.00** |

—5604.00

$5,117.00

**Payment Instructions:**
Please make checks payable to: VKNG FLEET OPS
Mail to: PO BOX 4093, COTTONWOOD, AZ 86326

---

**JUSTIN R MYERS**
**MANDY MYERS**
2350 S HILLCREST DR.
CAMP VERDE, AZ 86322

HOME EQUITY CREDIT LINE 122

DATE APRIL 15 2026    91-587/1221

PAY TO THE ORDER OF _Viking Fleet Ops_    $ 5,117.00

_five thousand one hundred seventeen dol ⁹⁄₁₀₀_ DOLLARS

**Mission Bank**
— Your Community Bank —
www.missionbankaz.com

MEMO _Vinyl Wrap_

⑈122105870⑈ 0122⑈0430041⑈2⑈309

---

Thank you for your business. Payment is due upon receipt.