ERIK ARTHUR OTTESON
PO Box 4093
Cottonwood, AZ 86326
(928) 254-1037
erikotteson@gmail.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

ERIK ARTHUR OTTESON,

Plaintiff,

vs.

JPMORGAN CHASE BANK, N.A.,
GREENBERG TRAURIG, LLP,
NICOLE M. GOODWIN,
ADRIANNA G. GORTON,

Defendants.

Case No. 3:25-cv-08198-DWL

**DECLARATION OF ERIK ARTHUR OTTESON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, ERIK ARTHUR OTTESON, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

## I.   THE RATE

1.  I am owner of the sole proprietorship ERIK ARTHUR OTTESON dba VKNG FLEET OPS, a commercial fleet branding and wrap installation enterprise operating in Arizona.

2.  Between April 8, 2026 and May 30, 2026 — a period of 38 business days — I executed 13 commercial invoices totaling $55,623.25 in gross revenue across 133.09 labor hours.

3.  $55,623.25 \div 133.09$ hours = $417.94 per hour.

4.  Nine of the 13 invoices are documented by timelapse video recordings derived from continuous raw footage, totaling over 101 hours of documented labor. Seven unique clients. Four returned for repeat engagements within the 38-

business-day period. One client contracted three separate installations. One engagement was a federal/state agency contract (DEMA, Camp Navajo Fire Department). One involved processing a debt assignment negotiable instrument. (See Exhibits Y through AK, lodged concurrently.)

5. All recordings were made in Arizona, a one-party consent jurisdiction (A.R.S. § 13-3012), and constitute records of regularly conducted business activity (FRE 803(6)) establishing routine commercial practice (FRE 406). Each exhibit bundle contains the invoice, video recording (where applicable), and payment receipt confirming collection.

## II. THE UTILIZATION

6. Over the 38-business-day period, 304 working hours were available (38 days × 8 hours per day).

7. Of those 304 available hours, 133.09 produced revenue.

8. $133.09 \div 304 = 43.8\%$ utilization.

9. The remaining 56.2% of available working time did not produce revenue. The demonstrated utilization reflects the operational reality of an owner of a sole proprietorship prosecuting federal litigation without counsel while simultaneously operating a commercial enterprise.

10. 43.8% utilization at $417.94 per hour produced $31,946.64 per month.

## III. THE CAPACITY

11. At 100% utilization — 40 hours per week, 160 hours per month — at the demonstrated rate of $417.94 per hour, one operator produces:

12. $417.94 \times 160 = \$66,870.40$ per month.

13. $66,870.40 \times 12 = \$802,444.80$ per year.

14. This figure represents one man. No employees. No subcontractors. No scaling. One operator at full capacity at a rate proven by 133 hours of labor, 13 invoices, and $55,623.25 in collected revenue.

15. The sole proprietorship exists because Defendants' conduct required Plaintiff to establish a new entity in order to be heard by this Court. This is not a business formed for litigation — it is a mitigation measure necessitated by Defendants' elimination of Plaintiff's ability to appear through the trust.

16. Duration of suppression: June 9, 2025 through present — 12 months.

17. Damages at demonstrated rate (43.8% utilization × 12 months): $31,946.64 × 12 = $383,359.68.

18. Damages at full single-operator capacity (100% utilization × 12 months): $66,870.40 × 12 = $802,444.80.

Dated this 15th day of June, 2026

Respectfully,

ERIK ARTHUR OTTESON
*without prejudice*
*Erik Arthur Otteson*

Plaintiff, Pro Se

PO Box 4093
Cottonwood, AZ 86326
(928) 254-1037
erikotteson@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 06/15/2026, I caused the foregoing DECLARATION OF ERIK ARTHUR OTTESON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT to be served upon all Defendants via CM/ECF:

Nicole Goodwin
Adrianna Gorton
Greenberg Traurig, LLP
2375 E. Camelback Road
Suite 700
Phoenix, Arizona 85016

Counsel for Defendant JPMorgan Chase Bank, N.A., and Defendants in their individual capacities

Dated this 15th day of June, 2026

ERIK ARTHUR OTTESON

Plaintiff, Pro Se