ERIK ARTHUR OTTESON
PO Box 4093
Cottonwood, AZ 86326
(928) 254-1037
erikotteson@gmail.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ERIK ARTHUR OTTESON, | Case No. 3:25-cv-08198-DWL |
| Plaintiff, | |
| vs. | **ORDER** |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | |

Having considered Plaintiff's Motion for Sanctions (Doc. ___), and good cause appearing,

**IT IS ORDERED** imposing monetary sanctions against Defendants Nicole M. Goodwin and Adrianna G. Gorton, jointly and severally, pursuant to 28 U.S.C. § 1927 and this Court's inherent authority, in the amount of $_____, representing the excess costs, expenses, and fees reasonably attributable to their vexatious multiplication of these proceedings.

**IT IS FURTHER ORDERED** that an adverse inference instruction shall be given at trial that Defendants' failure to preserve and produce internal policies supports the inference that such policies, if produced, would be unfavorable to Defendants.

**IT IS FURTHER ORDERED** that Plaintiff is awarded fees calculated at Plaintiff's demonstrated commercial rate of $417.94 per hour for all time consumed responding to Defendants' sanctionable conduct, in the total amount of $_____.

**IT IS FURTHER ORDERED** that Defendants Nicole M. Goodwin and Adrianna G. Gorton are referred to the State Bar of Arizona for disciplinary review regarding their

knowing misstatements of law, sham certifications, and violations of the Arizona Rules of Professional Conduct as documented in Plaintiff's Motion.

Dated this ___ day of _____, 2026.


_____

Dominic W. Lanza

United States District Judge